

1  MICHAEL C. SERVERIAN (SBN 133203)
   **RANKIN, LANDSNESS, LAHDE,**
2  **SERVERIAN & STOCK**
   96 No. Third Street, Suite 500
3  San Jose, California 95112
   Telephone : (408) 293-0463
4  Facsimile : (408) 293-9514

5  Attorneys for Defendant
   NATIONAL RAILROAD PASSENGER
6  CORPORATION ("AMTRAK")

7

8

9

10

11

**ORIGINAL FILED**

FEB - 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TED STATES DISTRICT COURT

THERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

C 07 0866

12  GRACE DE LA CRUZ, LITA A.
    MANUEL, ROLAND AVILA,
13  EDWARDO AVILA, RODRIGO
    AVILA, EVELYN DAY, CORAZON
14  DE GUZMAN SUMINTAC, LORETO
    DE GUZMAN, ANGELA JONES,

15                Plaintiffs,

16  vs.

17
    NATIONAL RAILROAD
18  PASSENGER CORPORATION
    ("AMTRAK"), UNION PACIFIC
19  RAILROAD, CALTRAIN, DOES 1-
    100,

20                Defendants.

21

Case No.

**DEFENDANT NATIONAL RAILROAD
PASSENGER CORPORATION'S NOTICE
OF REMOVAL OF CASE TO FEDERAL
COURT**

Action filed: July 25, 2006

22

23      Defendant NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK")

24  respectfully alleges as follows:

25      1.    On July 25, 2006, this personal injury action was commenced against

26  defendant NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK") in the

27  Superior Court of the State of California in and for the County of San Mateo, entitled

28  Grace De La Cruz, et al. v. National Railroad Passenger Corporation ("Amtrak"), et al.,

1  Case No. CIV 456498. A true and correct copy of the Complaint is attached hereto as
2  Exhibit A.

3    2.    Defendant NATIONAL RAILROAD PASSENGER CORPORATION
4  ("AMTRAK") , was served with the Summons and Complaint on January 22, 2007.

5    3.    A copy of the answer of defendant NATIONAL RAILROAD PASSENGER
6  CORPORATION ("AMTRAK") is attached hereto as Exhibit B.

7    4.    A copy of the answer of defendant PENINSULA CORRIDOR JOINT
8  POWERS BOARD is attached hereto as Exhibit C.

9    5.    Defendant NATIONAL RAILROAD PASSENGER CORPORATION
10  ("AMTRAK") is incorporated in and maintains its principal place of business within the
11  District of Columbia.

12    6.    This Court has original jurisdiction over the claim against Defendant Amtrak
13  under 28 U.S.C. § 1331 (federal question jurisdiction) because Defendant Amtrak was
14  incorporated by an Act of Congress (45 U.S.C. § 501, et seq.), and the United States of
15  America owns more than 50% of Defendant Amtrak's capital stock (28 U.S.C. § 1349). In
16  re Rail Collision Near Chase, Maryland, 680 F. Supp. 728, 731 (D. Md. 1987).

17    7.    The removal of this claim against Defendant Amtrak to this Court is proper
18  under 28 U.S.C. § 1441(a) because this is a civil action brought in a state court over which
19  the district courts of the United States have original jurisdiction, and this District Court
20  embraces the place in which the state action is pending.

21    8.    Other defendants named in this action are UNION PACIFIC RAILROAD and
22  PENINSULA CORRIDOR JOINT POWERS BOARD, erroneously sued herein as
23  CALTRAIN. Defendant NATIONAL RAILROAD PASSENGER CORPORATION
24  ("AMTRAK") has permission of UNION PACIFIC RAILROAD and PENINSULA
25  CORRIDOR JOINT POWERS BOARD, erroneously sued herein as CALTRAIN, who join
26  in this removal. Those parties have signed Joinders attached as Exhibit D.

27    9.    A copy of the Notice of Removal of Case to Federal Court that will be filed with
28  the California Superior Court is attached hereto as Exhibit E.

1    WHEREFORE, defendant NATIONAL RAILROAD PASSENGER CORPORATION

2  ("AMTRAK") prays that this action be removed to this Court.

3

4    Dated: February 6, 2007                          RANKIN, LANDSNESS, LAHDE,
                                                       SERVERIAN & STOCK

5

6                                            By: _____

7                                                 MICHAEL C. SERVERIAN
                                                  Attorneys for Defendant
8                                                 PENINSULA CORRIDOR JOINT
                                                  POWERS BOARD
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                3

01/17/2007 10:44 FAX  415 391 8856    STEVEN A FABBRO    ☑004/034

'25/ 8 04:12PM  ONELE851 CR-A5 LAW OFFICE OF STEVEN 4153918856 Pg 4/6

07 25/2006 14:32 FAX  415 391 88!    STEVEN A FABBRO    ☑004/008

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
NATIONAL RAILROAD PASSENGER CORPORATION
("AMTRAK"), UNION PACIFIC RAILROAD, CALTRAIN,
DOES 1-100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
GRACE DE LA CRUZ, LITA A. MANUEL, ROLAND AVILA,
EDWARDO AVILA, RODRIGO AVILA, EVELYN DAY, CORAZON
DE GUZMAN SUMINTAC, LORETO DE GUZMAN, ANGELA JONE

**ENDORSED FILED**
**SAN MATEO COUNTY**

JUL 2 5 2006

Clerk of the Superior Court
By ____E. Bom____
DEPUTY CLERK

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of San Mateo
400 County Center
Redwood City, CA 94063

CASE NUMBER
(Número del Caso): CIV 456498

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
STEVEN A. FABBRO, ESQ. SBN 107973 Law Offices of Steven A. Fabbro
101 Montgomery Street, 27th Floor, San Francisco, CA 94104 (415) 391-6850

DATE:  JUL 2 5 2006  JOHN C. FITTON  Clerk, by ____E. Bom____, Deputy
*(Fecha)*  *(Secretario)*  *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

NOTICE TO THE PERSON SERVED: You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. January 1, 2004)

SUMMONS

Code of Civil Procedure §§ 412.20, 465

11022144.91 - 7/25/2006 2:33:32 PM

Exhibit A

01/17/2007 16 03 FAX   90B 6B7 0:     CONSTABLES OFFICE OF NJ                   007/036

01/17/2007 10:44 FAX  415 391 8856      STEVEN A FABBRO                      005/034
7/25 06 04:12PM  ONELE851 CR-A5 LAW OFFICE OF STEVEN 4153816856 Pg 5/6
0 /25/2006 14:82 FAX  415 881 68:      STEVEN A FABBRO                      005/009

982.1(1)

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address):<br>Steven A. Fabbro, Esq. SBN 107973<br>Law Offices of Steven A. Fabbro<br>101 Montgomery Street, 27th Floor<br>San Francisco, CA 94104<br>TELEPHONE: 415/391-6850      FAX NO. (Optional): 415/391-6856<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff Grace De La Cruz, et al. | FOR COURT USE ONLY<br><br>**ENDORSED FILED**<br>SAN MATEO COUNTY<br><br>JUL 2 5 2006<br><br>Clerk of the Superior Court<br>By E. Bioffi<br>DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Mateo
STREET ADDRESS: 400 County Center Street
MAILING ADDRESS:
CITY AND ZIP CODE: Redwood City, CA 94104
BRANCH NAME:

PLAINTIFF: GRACE DELA CRUZ, LITA A. MANUEL,
ROLAND AVILA, EDWARDO AVILA, RODRIGO AVILA,
EVELYN DAY, CORAZON DE GUZMAN SUMINTAC, LORETO
DE GUZMAN, ANGELA JONES
DEFENDANT: NATIONAL RAILROAD PASSENGER CORPORATION
("AMTRAK"), UNION PACIFIC RAILROAD
[✓] DOES 1 TO    100    CALTRAIN

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):

Type (check all that apply):
[ ] MOTOR VEHICLE   [✓] OTHER (specify): General Negligence, Premises
[ ] Property Damage    [ ] Wrongful Death                    Liability
[ ] Personal Injury    [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded  [ ] does not exceed $10,000
                     [ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER:

**CIV 456498**

1. Plaintiff (name or names):  Grace DeLaCruz, Lita A. Manuel, Roland Avila, Edwardo Avila, Rodrigo Avila, Evelyn Day, Corazon De Guzman Sumintac, Loreto De Guzman, Angela Jones
alleges causes of action against defendant (name or names):  National Railroad Passenger Corporation ("AMTRAK"), Union Pacific Railroad, Caltrain, Does 1 to 100

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
982.1(1) (Rev. January 1, 2007)
COMPLAINT—Personal Injury, Property
Damage, Wrongful Death
Page 1 of 3
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

11022144.5i - 7/25/2006 2:35:32 PM

01/17/2007  16:03  FAX   908 887         CONSTABLES OFFICE OF NJ         ☒008/036

01/17/2007  10:45 FAX   415 391 6856      STEVEN A FABBRO               ☒006/034

982.1(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| De La Cruz v. National Railroad Passenger Corp. et al. | |

4. ☐ Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person Passenger Corporation ("AMTRAK")
   a. ☑ except defendant *(name)*: National Railroad/     c. ☑ except defendant *(name)*: CALTRAIN
      (1) ☑ a business organization, form unknown          (1) ☑ a business organization, form unknown
      (2) ☐ a corporation                                   (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:          (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:                   (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:                              (5) ☐ other *(specify)*:


   b. ☑ except defendant *(name)*: Union Pacific Railroad ☐     except defendant *(name)*:
      (1) ☑ a business organization, form unknown          (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                                   (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:          (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:                   (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:                              (5) ☐ other *(specify)*:


   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers)*: 1 to 50          were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers)*: 51 to 100         are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:


8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:


9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify)*:

01/17/2007 16:04 FAX  308 887 5712        CONSTABLES OFFICE OF NJ                      ☐ 009/036

01/17/2007 10:45 FAX  415 391 6956        STEVEN A FABBRO                               ☐ 007/034

982.1(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| De La Cruz v. National Railroad Passenger Corp!  et al. | |

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. ☐ Motor Vehicle
   b. ✓ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ✓ Premises Liability
   f. ☐ Other (specify):

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☐ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☐ other damage (specify):

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:
   Plaintiffs' siblings and step-siblings, Grace De La Cruz, Lita Avila, Manuel Roland Avila, Edwardo Avila, Rodrigo Avila, Evelyn Day, Corazon De Guzman Suminiac, Loreto De Guzman, and Angela Jones, are Decedent Jorge Guillermo Avila's next of kin. Plaintiffs' damages include the loss of love, care, society, companionship of Decedent, and such other general and special damages as established at the trial of this case.

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ✓ compensatory damages
      (2) ☐ punitive damages
   The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) ✓ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date:  July 25, 2006

STEVEN A. FABBRO, ESQ.
_____
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

982.1(1) (Rev. January 1, 2000)        COMPLAINT—Personal Injury, Property        Page 3 of 3
                                         Damage, Wrongful Death

01/17/2007 16:04 FAX  308 887 057.        CONSTABLES OFFICE OF NJ                    ☑010/036

01/17/2007 10:45 FAX  415 391 6856        STEVEN A FABBRO                            ☑008/034

---

**SHORT TITLE:**
De La Cruz v. National Railroad Passenger Corp, et al.          **CASE NUMBER:**

---

_____**FIRST**_____          **CAUSE OF ACTION—General Negligence**          **Page** ___4___
(number)

ATTACHMENT TO  ☑ Complaint  ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. **Plaintiff** *(name):* Grace De La Cruz, Lita A. Manuel, Roland Avila, Edwardo Avila, Rodrigo Avila, Evelyn
Day, Corazon De Guzman Sumintac, Loreto De Guzman, Angela Jones
*alleges that defendant (name):* National Railroad Passenger Corporation ("AMTRAK"), Union Pacific Railroad,
CALTRAIN

        ☑ Does ____1____ to ___10___

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):* July 24, 2005
at *(place):* San Bruno Station SPO in the County of San Mateo, California

*(description of reasons for liability):*
Defendants National Railroad Passenger Corporation ("AMTRAK"), Union Pacific Railroad,
CALTRAIN by and through representatives, employees, agents and/or subcontractors, and/or Does 1
to 5, and Does 51-55, inclusive, negligently owned, operated, controlled, managed, designed,
constructed, leased, rented, modified and/or repaired the railway crossing, station, and/or passenger
and/or pedestrian walkways at San Bruno Station SPO or 1080 Main Line SFO in the City of San
Bruno, California so as to cause the railway crossing/station and/or passenger and/or pedestrian
walkways to be dangerous to passengers and/or pedestrians walking thereon. The passenger and/or
pedestrian walkways and/or train tracks were dangerous and defective in that there was a dangerous
condition of passenger loading area allowing and/or causing passengers to traverse too close to
approaching trains. There were no or inadequate warning signs, barriers, pavement markings and/or
other signs advising passengers and/or pedestrians of the risk of injury to passengers and/or
pedestrians foreseeably using said walkways. On the day of the incident, Decedent Jorge Guillermo
Avila was a pedestrian walking on a passenger and/or pedestrian walkway at said location. Due to
the acts and/or omissions of Defendants, and each of them, and due to the further negligent
operation, management, maintenance, control, design, and/or repair of a train by the employees,
representatives, and/or agents of Defendants Union Pacific
Railroad and/or Does 6 to 10, inclusive, Defendants caused and/or contributed to the collision of a
train and Decedent Jorge Guillermo Avila, resulting in Decedent's death. As a result of such death
and the acts alleged herein, Plaintiffs' Grace De La Cruz, Lita A. Manuel, Roland Avila, Edwardo
Avila, Rodrigo Avila, Evelyn Day, Corazon De Guzman Sumintac, Loreto De Guzman, and Angela
Jones have suffered and continue to suffer severe personal injuries, and have thereby incurred
general and special damages in an amount to be established at the trial of this matter, as more fully
set forth above.

01/17/2007 16 05 FAX  508 667 0373      CONSTABLES OFFICE OF NJ      ☑ 011/036

01/17/2007 10:46 FAX  415 391 8856      STEVEN A FABBRO      ☑ 009/034

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| De La Cruz v. National Railraod Passenger Corp. et al. | |

_____SECOND_____      CAUSE OF ACTION—Premises Liability      Page ___5___
(number)

ATTACHMENT TO ☑ Complaint    ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1.  Plaintiff *(name)*: Grace De La Cruz, Lita A. Manuel, Roland Avila, Edwardo Avial, et al.
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*:       July 24, 2005          plaintiff was injured on the following premises in the following

fashion *(description of premises and circumstances of injury)*:
Defendants National Railroad Passenger Corporation ("AMTRAK"), Union Pacific Railroad,
CALTRAIN by and through representatives, employees, agents and/or subcontractors, and/or
Does 11-20, 56-60 inclusive, negligently owned, operated, controlled, managed, designed,
constructed, leased, rented, modified and/or repaired the railway crossing, station, and/or
passenger and/or pedestrian walkways at San Bruno Station SFO or 1080 Main Line SFO in the
City of San Bruno, California so as to cause the railway crossing station and/or passenger and/or
pedestrian walkways to be dangerous to passengers and/or pedestrians walking thereon.
Decedent Jorge Guillermo Avila was a pedestrian walking on a passenger and/or pedestrian
walkway at said location. Due to the acts/or omissions of Defendants' a train hit and killed
Decedent.

Prem.L-2.  ☑ Count One—Negligence The defendants who negligently owned, maintained, managed and operated
the described premises were *(names)*:
National Railroad Passenger Corporation ("AMTRAK"), Union Pacific Railroad, CALTRAIN

☑ Does ___11___ to ___15___

Prem.L-3.  ☐ Count Two—Willful Failure to Warn [Civil Code section 846] The defendant owners who willfully or
maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names)*:

☐ Does _____ to _____
Plaintiff, a recreational user, was   ☐ an invited guest   ☐ a paying guest.

Prem.L-4.  ☑ Count Three—Dangerous Condition of Public Property The defendants who owned public property
on which a dangerous condition existed were *(names)*:
National Railroad Passenger Corporation ("AMTRAK"), Union Pacific Railroad, CALTRAIN

☑ Does ___16___ to ___20___
a. ☑ The defendant public entity had   ☐ actual ☑ constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5.  a. ☑ Allegations about Other Defendants The defendants who were the agents and employees of the
other defendants and acted within the scope of the agency were *(names)*:
National Railroad Passenger Corporation ("AMTRAK"), Union Pacific Railroad, CALTRAIN

☑ Does ___21___ to ___25___
b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
☐ described in attachment Prem.L-5.b   ☐ as follows *(names)*:

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(E)            CAUSE OF ACTION—Premises Liability

1   MICHAEL C. SERVERIAN (SBN 133203)
    **RANKIN, LANDSNESS, LAHDE,**
2       **SERVERIAN & STOCK**
    96 No. Third Street, Suite 500
3   San Jose, California 95112
    Telephone : (408) 293-0463
4   Facsimile : (408) 293-9514

5   Attorneys for Defendant
    NATIONAL RAILROAD PASSENGER
6   CORPORATION ("AMTRAK")

7

8

9

ENDORSED FILED
SAN MATEO COUNTY

FEB 0 8 2007

Clerk of the Superior Court
By ____M. YOUNG____
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO

**BY FAX**

10  GRACE DE LA CRUZ, LITA A.            )    Case No. CIV 456498
    MANUEL, ROLAND AVILA,                )
11  EDWARDO AVILA, RODRIGO               )    **DEFENDANT NATIONAL RAILROAD**
    AVILA, EVELYN DAY, CORAZON           )    **PASSENGER CORPORATION'S ANSWER**
12  DE GUZMAN SUMINTAC, LORETO           )    **TO PLAINTIFFS' COMPLAINT**
    DE GUZMAN, ANGELA JONES,             )
13                                       )
                 Plaintiffs,             )
14                                       )
    vs.                                  )
15                                       )
    NATIONAL RAILROAD                    )
16  PASSENGER CORPORATION                )
    ("AMTRAK"), UNION PACIFIC            )
17  RAILROAD, CALTRAIN, DOES 1-          )
    100,                                 )
18                                       )
                 Defendants.             )
19  _____ )

20      Defendant NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK") in

21  answer to the unverified complaint of plaintiffs herein, herewith denies each and every, all

22  and singular, the allegations of said unverified complaint, and in this connection defendant

23  denies that plaintiffs have been injured or damaged in any of the sums mentioned in said

24  complaint, or in any sum, or at all as the result of any act or omission of this answering

25  defendant.

26                              **AFFIRMATIVE DEFENSES**

27                          **FIRST AFFIRMATIVE DEFENSE**

28      The Complaint fails to state a claim upon which relief can be granted.

─────────────────────────────────────────────────────────
1
Defendant National Railroad Passenger Corporation's Answer to Plaintiffs' Complaint

11027092.tif - 2/8/2007 10:45:06 AM.


Exhibit B

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' Decedent Jorge Guillermo was himself careless and negligent in and about the matters complained of, and such carelessness and negligence contributed to the happening of the incident complained of and the damages, if any, sustained by plaintiffs herein, and accordingly the doctrine of comparative negligence should be applied in the event liability, which is expressly denied, is found against this answering defendant.

### THIRD AFFIRMATIVE DEFENSE

The injuries or damages complained of in plaintiffs' Complaint on file were wholly or in part the responsibility of persons other than this answering defendant, and said defendant's liability should accordingly be reduced therefore.

### FOURTH AFFIRMATIVE DEFENSE

This answering defendant is informed and believes and thereon alleges that plaintiff's decedent, with full appreciation of the particular risks involved, nevertheless knowingly and voluntarily assumed the risk and hazards of the incident complained of and the damages, if any, resulting therefrom.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs were not present and did not witness the incident that resulted in the death of decedent nor were they at or near the scene in the moments following the incident and are therefore precluded from recovering under theories of intentional or negligent infliction of emotional distress.

### SIXTH AFFIRMATIVE DEFENSE

Even if any conduct alleged by plaintiffs occurred, some other party, entity or individual would be liable and responsible for any and all damages, if any, suffered by plaintiffs.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims, and all damages sought, are subject to the preemption under the Federal Employer's Liability Act (45 U.S.C.A. §§ 51, et seq.).

/ / /

1 | **NINTH AFFIRMATIVE DEFENSE**

2 Plaintiffs' claims, and all damages sought, are subject to the preemption of the

3 Railway Labor Act, 45 U.S.C. §§ 151, et seq.

4 | **TENTH AFFIRMATIVE DEFENSE**

5 Plaintiffs' claims, and each of them are barred by the applicable statutes of

6 limitation.

7 WHEREFORE, defendant NATIONAL RAILROAD PASSENGER CORPORATION

8 ("AMTRAK") prays as follows:

9 1. That plaintiffs taken nothing by their Complaint and that judgment be entered

10 in favor of NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK") and

11 against plaintiffs;

12 2. For costs of suit incurred herein;

13 3. For attorneys' fees; and,

14 4. For such other and further relief as the Court deems just and proper.

15 Dated: February 6, 2007                          RANKIN, LANDSNESS, LAHDE,
                                                    SERVERIAN & STOCK

16

17
                                          By: _____
18                                             MICHAEL C. SERVERIAN
                                               Attorneys for Defendant
19                                             NATIONAL RAILROAD PASSENGER
                                               CORPORATION ("AMTRAK")
20

21

22

23

24

25

26

27

28

1    Case Name: <u>De La Cruz, et al. V. National Railroad Passenger Corp.</u>Case No: CIV 456498

2    **PROOF OF SERVICE**

3      I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 96 No. Third Street, Suite 500, San Jose,

4    California 95112. I am employed in the County of Santa Clara where this service occurs. On the date indicated below I served a true copy of the following documents:

5

   **DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S ANSWER TO**

6                        **PLAINTIFFS' COMPLAINT**

7    [ X ]     (BY MAIL) By placing a true copy of the aforementioned documents enclosed in a sealed envelope, with postage thereon fully prepaid to be placed in the U.S. mail

8            at San Jose, California, addressed as set forth below. I am readily familiar with my employer's practice for collection and processing correspondence for mailing with

9            the United States Postal Service. Documents so collected and processed are place for collection and deposit with the U.S. Postal Service on the same day in

10          the ordinary course of business, at 96 North Third Street, Suite 500, San Jose, California 95112.

11

12    [   ]     (BY FACSIMILE) I personally sent to the addressee's telecopier number a true copy of the above-described document(s).

13    [   ]     (BY PERSONAL SERVICE) I personally delivered a true copy of the above-

14            described document(s) to the person and at the address as set forth below.

15    [   ]     (BY OVERNIGHT DELIVERY) A true copy of the above-described document(s) was placed in a sealed envelope, with delivery fees provided for, and delivered in

16            the ordinary course of business to an overnight delivery carrier, addressed to the person(s) on whom it is to be served.

17    Steven A. Fabbro, Esq.               **Attorney for Plaintiffs**
101 Montgomery Street, 27th Floor      Tel: (415) 391-6850

18    San Francisco, CA 94104             Fax: (415) 391-6856

19

20      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

21

     Executed on February 8, 2007 at San Jose, California.

22

23                                *L. Hill*
                               Lori Hill

24

25

26

27

28

1   MICHAEL C. SERVERIAN (SBN 133203)
    RANKIN, LANDSNESS, LAHDE,
2   **SERVERIAN & STOCK**
    96 No. Third Street, Suite 500
3   San Jose, California 95112
    Telephone : (408) 293-0463
4   Facsimile : (408) 293-9514

5   Attorneys for Defendant
    PENINSULA CORRIDOR JOINT POWERS
6   BOARD erroneously sued herein as CALTRAIN

7

**ENDORSED FILED**
**SAN MATEO COUNTY**

FEB 0 8 2007

Clerk of the Superior Court
By _____ M. YOUNG
         DEPUTY CLERK

8

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO

9

10   GRACE DE LA CRUZ, LITA A.             )   Case No. CIV 456498          **BY FAX**
     MANUEL, ROLAND AVILA,                 )
11   EDWARDO AVILA, RODRIGO                 )   **DEFENDANT PENINSULA CORRIDOR**
     AVILA, EVELYN DAY, CORAZON            )   **JOINT POWERS BOARD'S ANSWER TO**
12   DE GUZMAN SUMINTAC, LORETO            )   **PLAINTIFFS' COMPLAINT**
     DE GUZMAN, ANGELA JONES,              )
13                                          )
                 Plaintiffs,                )
14                                          )
     vs.                                    )
15                                          )
     NATIONAL RAILROAD                      )
16   PASSENGER CORPORATION                  )
     ("AMTRAK"), UNION PACIFIC             )
17   RAILROAD, CALTRAIN, DOES 1-            )
     100,                                   )
18                                          )
                 Defendants.                )
19   _____ )

20       Defendant PENINSULA CORRIDOR JOINT POWERS BOARD erroneously sued

21   herein as CALTRAIN in answer to the unverified complaint of plaintiffs herein, herewith

22   denies each and every, all and singular, the allegations of said unverified complaint, and

23   in this connection defendant denies that plaintiffs have been injured or damaged in any of

24   the sums mentioned in said complaint, or in any sum, or at all as the result of any act or

25   omission of this answering defendant.

26                           **AFFIRMATIVE DEFENSES**

27                        **FIRST AFFIRMATIVE DEFENSE**

28       The Complaint fails to state a claim upon which relief can be granted.

_____
                                    1
       Defendant Peninsula Corridor Joint Powers Board's Answer to Plaintiffs' Complaint
                         11027092.tif - 2/8/2007 10:45:06 AM



Exhibit C

1

## SECOND AFFIRMATIVE DEFENSE

2   Plaintiffs' Decedent Jorge Guillermo was himself careless and negligent in and

3   about the matters complained of, and such carelessness and negligence contributed to

4   the happening of the incident complained of and the damages, if any, sustained by

5   plaintiffs herein, and accordingly the doctrine of comparative negligence should be applied

6   in the event liability, which is expressly denied, is found against this answering defendant.

7

## THIRD AFFIRMATIVE DEFENSE

8   The injuries or damages complained of in plaintiffs' Complaint on file were wholly or

9   in part the responsibility of persons other than this answering defendant, and said

10  defendant's liability should accordingly be reduced therefore.

11

## FOURTH AFFIRMATIVE DEFENSE

12  This answering defendant is informed and believes and thereon alleges that

13  plaintiff's decedent, with full appreciation of the particular risks involved, nevertheless

14  knowingly and voluntarily assumed the risk and hazards of the incident complained of and

15  the damages, if any, resulting therefrom.

16

## FIFTH AFFIRMATIVE DEFENSE

17  Plaintiffs were not present and did not witness the incident that resulted in the

18  death of decedent nor were they at or near the scene in the moments following the

19  incident and are therefore precluded from recovering under theories of intentional or

20  negligent infliction of emotional distress.

21

## SIXTH AFFIRMATIVE DEFENSE

22  Even if any conduct alleged by plaintiffs occurred, some other party, entity or

23  individual would be liable and responsible for any and all damages, if any, suffered by

24  plaintiffs.

25

## EIGHTH AFFIRMATIVE DEFENSE

26  Plaintiffs' claims, and all damages sought, are subject to the preemption under the

27  Federal Employer's Liability Act (45 U.S.C.A. §§ 51, et seq.).

28  / / /

1      **NINTH AFFIRMATIVE DEFENSE**

2      Plaintiffs' claims, and all damages sought, are subject to the preemption of the

3      Railway Labor Act, 45 U.S.C. §§ 151, et seq.

4      **TENTH AFFIRMATIVE DEFENSE**

5      Plaintiffs' claims, and each of them are barred by the applicable statutes of

6      limitation.

7      WHEREFORE, defendant PENINSULA CORRIDOR JOINT POWERS BOARD

8      prays as follows:

9      1.      That plaintiffs taken nothing by their Complaint and that judgment be entered

10     in favor of PENINSULA CORRIDOR JOINT POWERS BOARD and against plaintiffs;

11     2.      For costs of suit incurred herein;

12     3.      For attorneys' fees; and,

13     4.      For such other and further relief as the Court deems just and proper.

14     Dated: January 31, 2007                    RANKIN, LANDSNESS, LAHDE,
                                                   SERVERIAN & STOCK
15

16
                                          By: _____
17                                             MICHAEL C. SERVERIAN
                                               Attorneys for Defendant PENINSULA
18                                             CORRIDOR JOINT POWERS BOARD

19

20

21

22

23

24

25

26

27

28

1  Case Name: <u>De La Cruz, et al. V. National Railroad Passenger Corp.</u> Case No: CIV 456498

2  ## PROOF OF SERVICE

3    I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 96 No. Third Street, Suite 500, San Jose,

4  California 95112. I am employed in the County of Santa Clara where this service occurs. On the date indicated below I served a true copy of the following documents:

5
6  ### DEFENDANT PENINSULA CORRIDOR JOINT POWERS BOARD'S ANSWER TO PLAINTIFFS' COMPLAINT

7  [ X ]    (BY MAIL) By placing a true copy of the aforementioned documents enclosed in a sealed envelope, with postage thereon fully prepaid to be placed in the U.S. mail

8  at San Jose, California, addressed as set forth below. I am readily familiar with my employer's practice for collection and processing correspondence for mailing with

9  the United States Postal Service. Documents so collected and processed are place for collection and deposit with the U.S. Postal Service on the same day in

10  the ordinary course of business, at 96 North Third Street, Suite 500, San Jose, California 95112.

11
12  [    ]    (BY FACSIMILE) I personally sent to the addressee's telecopier number a true copy of the above-described document(s).

13  [    ]    (BY PERSONAL SERVICE) I personally delivered a true copy of the above-described document(s) to the person and at the address as set forth below.

14
15  [    ]    (BY OVERNIGHT DELIVERY) A true copy of the above-described document(s) was placed in a sealed envelope, with delivery fees provided for, and delivered in the ordinary course of business to an overnight delivery carrier, addressed to the

16  person(s) on whom it is to be served.

17  Steven A. Fabbro, Esq.                          **Attorney for Plaintiffs**
   101 Montgomery Street, 27th Floor      Tel:  (415) 391-6850

18  San Francisco, CA 94104                          Fax:  (415) 391-6856

19

20    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

21
   Executed on February 8, 2007 at San Jose, California.

22

23  _____
   Lori Hill

24

25

26

27

28

1  MICHAEL C. SERVERIAN (SBN 133203)
   **RANKIN, LANDSNESS, LAHDE,**
2  **SERVERIAN & STOCK**
   96 No. Third Street, Suite 500
3  San Jose, California 95112
   Telephone : (408) 293-0463
4  Facsimile : (408) 293-9514

5  Attorneys for Defendant
   PENINSULA CORRIDOR JOINT POWERS BOARD,
6  erroneously sued herein as CALTRAIN

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  GRACE DE LA CRUZ, LITA A.          )    Case No.
    MANUEL, ROLAND AVILA,              )
13  EDWARDO AVILA, RODRIGO             )    **JOINDER IN NOTICE OF REMOVAL OF**
    AVILA, EVELYN DAY, CORAZON         )    **ACTION**
14  DE GUZMAN SUMINTAC, LORETO         )
    DE GUZMAN, ANGELA JONES,           )
15                                     )
           Plaintiffs,                 )
16                                     )
    vs.                                )
17                                     )
    NATIONAL RAILROAD                  )
18  PASSENGER CORPORATION              )
    ("AMTRAK"), UNION PACIFIC          )
19  RAILROAD, CALTRAIN, DOES 1-        )
    100,                               )
20                                     )
           Defendants.                 )
21  _____  )

22       Defendant PENINSULA CORRIDOR JOINT POWERS BOARD, erroneously sued

23  herein as CALTRAIN, hereby joins in Defendant NATIONAL RAILROAD PASSENGER

24  CORPORATION dba AMTRAK's Notice of Removal to this Court of the state court action

25  described in the said Notice of Removal.

26  Dated: _Feb 8_____, 2007.

27                                          _____
                                            MICHAEL C. SERVERIAN
28

                         Exhibit D

                    Joinder in Notice of Removal of Action

1 | Case Name: <u>De La Cruz, et al. V. National Railroad Passenger Corp.</u> Case No: CIV 456498

2 | ## PROOF OF SERVICE

3 | I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 96 No. Third Street, Suite 500, San Jose,

4 | California 95112. I am employed in the County of Santa Clara where this service occurs. On the date indicated below I served a true copy of the following documents:

5 |

## JOINDER IN NOTICE OF REMOVAL OF ACTION

6 |

[ X ] (BY MAIL) By placing a true copy of the aforementioned documents enclosed in a

7 | sealed envelope, with postage thereon fully prepaid to be placed in the U.S. mail at San Jose, California, addressed as set forth below. I am readily familiar with my

8 | employer's practice for collection and processing correspondence for mailing with the United States Postal Service. Documents so collected and processed are

9 | place for collection and deposit with the U.S. Postal Service on the same day in the ordinary course of business, at 96 North Third Street, Suite 500, San Jose,

10 | California 95112.

11 | [    ] (BY FACSIMILE) I personally sent to the addressee's telecopier number a true copy of the above-described document(s).

12 |

[    ] (BY PERSONAL SERVICE) I personally delivered a true copy of the above-

13 | described document(s) to the person and at the address as set forth below.

14 | [    ] (BY OVERNIGHT DELIVERY) A true copy of the above-described document(s) was placed in a sealed envelope, with delivery fees provided for, and delivered in

15 | the ordinary course of business to an overnight delivery carrier, addressed to the person(s) on whom it is to be served.

16 |

Steven A. Fabbro, Esq.                    **Attorney for Plaintiffs**

17 | 101 Montgomery Street, 27th Floor         Tel: (415) 391-6850
San Francisco, CA 94104                   Fax: (415) 391-6856

18 |

19 |

I declare under penalty of perjury under the laws of the State of California that the

20 | above is true and correct.

21 | Executed on February 9, 2007 at San Jose, California.

22 |

23 | Lori Hill

24 |

25 |

26 |

27 |

28 |

1  John D. Feeney, Esq.
   Senior Trial Counsel
2  Union Pacific Railroad Company
   10031 Foothills Blvd., Room 200
3  Roseville, CA 95747
   Telephone: (916) 789-6223
4  Facsimile: (916) 789-622

5  Attorneys for Defendant
   UNION PACIFIC RAILROAD
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  GRACE DE LA CRUZ, LITA A.          )   Case No.
    MANUEL, ROLAND AVILA,              )
13  EDWARDO AVILA, RODRIGO             )   **JOINDER IN NOTICE OF REMOVAL OF**
    AVILA, EVELYN DAY, CORAZON         )   **ACTION**
14  DE GUZMAN SUMINTAC, LORETO         )
    DE GUZMAN, ANGELA JONES,           )
15                                     )
              Plaintiffs,              )
16                                     )
    vs.                                )
17                                     )
    NATIONAL RAILROAD                  )
18  PASSENGER CORPORATION              )
    ("AMTRAK"), UNION PACIFIC          )
19  RAILROAD, CALTRAIN, DOES 1-        )
    100,                               )
20                                     )
              Defendants.              )
21  _____   )

22      Defendant UNION PACIFIC RAILROAD hereby joins in Defendant NATIONAL

23  RAILROAD PASSENGER CORPORATION dba AMTRAK's Notice of Removal to this

24  Court of the state court action described in the said Notice of Removal.

25  Dated: Feb. 6 , 2007.

26                                         John D. Feeney
                                           JOHN D. FEENEY
27

28

                        Exhibit D

                    Joinder in Notice of Removal of Action

1 | Case Name: <u>De La Cruz, et al. V. National Railroad Passenger Corp.</u>Case No: CIV 456498

2 | **PROOF OF SERVICE**

3 |    I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 96 No. Third Street, Suite 500, San Jose,

4 | California 95112. I am employed in the County of Santa Clara where this service occurs. On the date indicated below I served a true copy of the following documents:

5 |

   **JOINDER IN NOTICE OF REMOVAL OF ACTION**

6 |

7 | [ X ]    (BY MAIL) By placing a true copy of the aforementioned documents enclosed in a sealed envelope, with postage thereon fully prepaid to be placed in the U.S. mail at San Jose, California, addressed as set forth below. I am readily familiar with my

8 | employer's practice for collection and processing correspondence for mailing with the United States Postal Service. Documents so collected and processed are

9 | place for collection and deposit with the U.S. Postal Service on the same day in the ordinary course of business, at 96 North Third Street, Suite 500, San Jose,

10 | California 95112.

11 | [    ]    (BY FACSIMILE) I personally sent to the addressee's telecopier number a true copy of the above-described document(s).

12 |

13 | [    ]    (BY PERSONAL SERVICE) I personally delivered a true copy of the above-described document(s) to the person and at the address as set forth below.

14 | [    ]    (BY OVERNIGHT DELIVERY) A true copy of the above-described document(s) was placed in a sealed envelope, with delivery fees provided for, and delivered in

15 | the ordinary course of business to an overnight delivery carrier, addressed to the person(s) on whom it is to be served.

16 |

17 | Steven A. Fabbro, Esq.           **Attorney for Plaintiffs**
101 Montgomery Street, 27th Floor    Tel: (415) 391-6850
San Francisco, CA 94104        Fax: (415) 391-6856

18 |

19 |

20 |    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

21 |    Executed on February 9, 2007 at San Jose, California.

22 |

23 |                          Lori Hill

24 |

25 |

26 |

27 |

28 |

1  MICHAEL C. SERVERIAN (SBN 133203)
   **RANKIN, LANDSNESS, LAHDE,**
2     **SERVERIAN & STOCK**
   96 No. Third Street, Suite 500
3  San Jose, California  95112
   Telephone : (408) 293-0463
4  Facsimile : (408) 293-9514

5  Attorneys for Defendant
   NATIONAL RAILROAD PASSENGER
6  CORPORATION ("AMTRAK")

7

8              SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO

9

10  GRACE DE LA CRUZ, LITA A.            )    Case No. CIV 456498
    MANUEL, ROLAND AVILA,               )
11  EDWARDO AVILA, RODRIGO              )    **DEFENDANT NATIONAL RAILROAD**
    AVILA, EVELYN DAY, CORAZON          )    **PASSENGER CORPORATION'S  NOTICE**
12  DE GUZMAN SUMINTAC, LORETO          )    **OF REMOVAL OF CASE TO FEDERAL**
    DE GUZMAN, ANGELA JONES,            )    **COURT**
13                                      )
             Plaintiffs,                )    Action Filed: July 25, 2006
14                                      )
    vs.                                 )
15                                      )
    NATIONAL RAILROAD                   )
16  PASSENGER CORPORATION               )
    ("AMTRAK"), UNION PACIFIC           )
17  RAILROAD, CALTRAIN, DOES 1-         )
    100,                                )
18                                      )
             Defendants.               )
19  _____ )

20         TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF

21  RECORD:

22         NOTICE IS HEREBY GIVEN that NATIONAL RAILROAD PASSENGER

23  CORPORATION ("AMTRAK") , Defendant in the above-captioned action, has filed its

24  Notice of Removal of the above-captioned action, a copy of which is attached hereto with

25  the United States District Court for the Northern District of California.

26         PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. Section 1446(d), the

27  filing of said Notice in the United States District Court, together with the filing of said notice

28  with this Court, effects the removal of this action and the above-captioned Court may

---

Exhibit E

1    proceed no further unless and until the case has been remanded.

2    Dated: February 6, 2007                          RANKIN, LANDSNESS, LAHDE,
3                                                     SERVERIAN & STOCK

4

5                                            By: _____
6                                                 MICHAEL C. SERVERIAN
                                                  Attorneys for Defendant
7                                                 PENINSULA CORRIDOR JOINT
                                                  POWERS BOARD
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Case Name: <u>De La Cruz, et al. V. National Railroad Passenger Corp.</u>Case No: CIV 456498

2  **PROOF OF SERVICE**

3      I, the undersigned, hereby declare that I am over the age of eighteen years and not a
   party to the within action. My business address is 96 No. Third Street, Suite 500, San Jose,
4  California 95112.  I am employed in the County of Santa Clara where this service occurs.
   On the date indicated below I served a true copy of the following documents:

5
   **DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S NOTICE OF**
6  **REMOVAL OF CASE TO FEDERAL COURT**

7  [ X ]      (BY MAIL) By placing a true copy of the aforementioned documents enclosed in a
              sealed envelope, with postage thereon fully prepaid to be placed in the U.S. mail
8             at San Jose, California, addressed as set forth below. I am readily familiar with my
              employer's practice for collection and processing correspondence for mailing with
9             the United States Postal Service.  Documents so collected and processed are
              place for collection and deposit with the U.S. Postal Service on the same day in
10            the ordinary course of business, at 96 North Third Street, Suite 500, San Jose,
              California 95112.

11
   [    ]     (BY FACSIMILE) I personally sent to the addressee's telecopier number a true
12            copy of the above-described document(s).

13 ·[    ]    (BY PERSONAL SERVICE) I personally delivered a true copy of the above-
              described document(s) to the person and at the address as set forth below.
14
   [    ]     (BY OVERNIGHT DELIVERY) A true copy of the above-described document(s)
15            was placed in a sealed envelope, with delivery fees provided for, and delivered in
              the ordinary course of business to an overnight delivery carrier, addressed to the
16            person(s) on whom it is to be served.

17 Steven A. Fabbro, Esq.                          **Attorney for Plaintiffs**
   101 Montgomery Street, 27th Floor               Tel:  (415) 391-6850
18 San Francisco, CA 94104                         Fax:  (415) 391-6856

19

20     I declare under penalty of perjury under the laws of the State of California that the
   above is true and correct.
21
       Executed on February 9, 2007 at San Jose, California.
22

23                                        _L. Hill_____
                                          Lori Hill
24

25

26

27

28

1  | Case Name: <u>De La Cruz, et al. V. National Railroad Passenger Corp.</u>Case No: CIV 456498

2  | ## PROOF OF SERVICE

3  |     I, the undersigned, hereby declare that I am over the age of eighteen years and not a
party to the within action. My business address is 96 No. Third Street, Suite 500, San Jose,

4  | California 95112. I am employed in the County of Santa Clara where this service occurs.
On the date indicated below I served a true copy of the following documents:

5  |

6  | **DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S NOTICE OF
REMOVAL OF CASE TO FEDERAL COURT**

7  | [ X ]    (BY MAIL) By placing a true copy of the aforementioned documents enclosed in a
sealed envelope, with postage thereon fully prepaid to be placed in the U.S. mail

8  | at San Jose, California, addressed as set forth below. I am readily familiar with my
employer's practice for collection and processing correspondence for mailing with

9  | the United States Postal Service. Documents so collected and processed are
place for collection and deposit with the U.S. Postal Service on the same day in

10 | the ordinary course of business, at 96 North Third Street, Suite 500, San Jose,
California 95112.

11 |

12 | [   ]    (BY FACSIMILE) I personally sent to the addressee's telecopier number a true
copy of the above-described document(s).

13 | [   ]    (BY PERSONAL SERVICE) I personally delivered a true copy of the above-
described document(s) to the person and at the address as set forth below.

14 |

15 | [   ]    (BY OVERNIGHT DELIVERY) A true copy of the above-described document(s)
was placed in a sealed envelope, with delivery fees provided for, and delivered in
the ordinary course of business to an overnight delivery carrier, addressed to the

16 | person(s) on whom it is to be served.

17 | Steven A. Fabbro, Esq.               **Attorney for Plaintiffs**
101 Montgomery Street, 27th Floor      Tel:  (415) 391-6850

18 | San Francisco, CA 94104               Fax:  (415) 391-6856

19 |

20 |     I declare under penalty of perjury under the laws of the State of California that the
above is true and correct.

21 |

22 |     Executed on February 9, 2007 at San Jose, California.

23 | Lori Hill

24 |

25 |

26 |

27 |

28 |