1  MICHAEL C. SERVERIAN (SBN 133203)
   **RANKIN, LANDSNESS, LAHDE,**
2  **SERVERIAN & STOCK**
   96 No. Third Street, Suite 500
3  San Jose, California  95112
   Telephone : (408) 293-0463
4  Facsimile : (408) 293-9514

E-filing

ORIGINAL
FILED

FEB - 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5  Attorneys for Defendant
   PENINSULA CORRIDOR JOINT POWERS BOARD,
6  erroneously sued herein as CALTRAIN

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION              CW

11                                                 C 07      0866

12  GRACE DE LA CRUZ, LITA A.          )  Case No.
    MANUEL, ROLAND AVILA,              )
13  EDWARDO AVILA, RODRIGO             )  **JOINDER IN NOTICE OF REMOVAL OF**
    AVILA, EVELYN DAY, CORAZON         )  **ACTION**
14  DE GUZMAN SUMINTAC, LORETO         )
    DE GUZMAN, ANGELA JONES,           )
15                                     )
          Plaintiffs,                  )
16                                     )
    vs.                                )
17                                     )
    NATIONAL RAILROAD                  )
18  PASSENGER CORPORATION              )
    ("AMTRAK"), UNION PACIFIC          )
19  RAILROAD, CALTRAIN, DOES 1-        )
    100,                               )
20                                     )
          Defendants.                  )
21  _____  )

22       Defendant PENINSULA CORRIDOR JOINT POWERS BOARD, erroneously sued

23  herein as CALTRAIN, hereby joins in Defendant NATIONAL RAILROAD PASSENGER

24  CORPORATION dba AMTRAK's Notice of Removal to this Court of the state court action

25  described in the said Notice of Removal.

26  Dated: _Feb 8___, 2007.

27                                            _____
                                              MICHAEL C. SERVERIAN
28

Case Name: <u>De La Cruz, et al. V. National Railroad Passenger Corp.</u>Case No: CIV 456498

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 96 No. Third Street, Suite 500, San Jose, California 95112.  I am employed in the County of Santa Clara where this service occurs. On the date indicated below I served a true copy of the following documents:

### JOINDER IN NOTICE OF REMOVAL OF ACTION

[ X ]    (BY MAIL) By placing a true copy of the aforementioned documents enclosed in a sealed envelope, with postage thereon fully prepaid to be placed in the U.S. mail at San Jose, California, addressed as set forth below. I am readily familiar with my employer's practice for collection and processing correspondence for mailing with the United States Postal Service.  Documents so collected and processed are place for collection and deposit with the U.S. Postal Service on the same day in the ordinary course of business, at 96 North Third Street, Suite 500, San Jose, California 95112.

[    ]    (BY FACSIMILE) I personally sent to the addressee's telecopier number a true copy of the above-described document(s).

[    ]    (BY PERSONAL SERVICE) I personally delivered a true copy of the above-described document(s) to the person and at the address as set forth below.

[    ]    (BY OVERNIGHT DELIVERY) A true copy of the above-described document(s) was placed in a sealed envelope, with delivery fees provided for, and delivered in the ordinary course of business to an overnight delivery carrier, addressed to the person(s) on whom it is to be served.

Steven A. Fabbro, Esq.                    **Attorney for Plaintiffs**
101 Montgomery Street, 27th Floor          Tel:  (415) 391-6850
San Francisco, CA 94104                    Fax:  (415) 391-6856


I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 9, 2007 at San Jose, California.

_Ṡ. Hill_
Lori Hill