1  John D. Feeney, Esq.
   Senior Trial Counsel
2  Union Pacific Railroad Company
   10031 Foothills Blvd., Room 200
3  Roseville, CA 95747
   Telephone: (916) 789-6223
4  Facsimile: (916) 789-622

5  Attorneys for Defendant
   UNION PACIFIC RAILROAD

E-filing

ORIGINAL FILED
FEB - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CW

C 07 0866

| | |
|---|---|
| GRACE DE LA CRUZ, LITA A. MANUEL, ROLAND AVILA, EDWARDO AVILA, RODRIGO AVILA, EVELYN DAY, CORAZON DE GUZMAN SUMINTAC, LORETO DE GUZMAN, ANGELA JONES, <br><br>Plaintiffs, <br><br>vs. <br><br>NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), UNION PACIFIC RAILROAD, CALTRAIN, DOES 1-100, <br><br>Defendants. | Case No. <br><br>JOINDER IN NOTICE OF REMOVAL OF ACTION |

Defendant UNION PACIFIC RAILROAD hereby joins in Defendant NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK's Notice of Removal to this Court of the state court action described in the said Notice of Removal.

Dated: Feb. 6, 2007.

John D. Feeney
JOHN D. FEENEY

---

Joinder In Notice of Removal of Action

| | |
|---|---|
| 1 | Case Name: <u>De La Cruz, et al. V. National Railroad Passenger Corp.</u> Case No: CIV 456498 |

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 96 No. Third Street, Suite 500, San Jose, California 95112. I am employed in the County of Santa Clara where this service occurs. On the date indicated below I served a true copy of the following documents:

### JOINDER IN NOTICE OF REMOVAL OF ACTION

[ X ]    (BY MAIL) By placing a true copy of the aforementioned documents enclosed in a sealed envelope, with postage thereon fully prepaid to be placed in the U.S. mail at San Jose, California, addressed as set forth below. I am readily familiar with my employer's practice for collection and processing correspondence for mailing with the United States Postal Service. Documents so collected and processed are place for collection and deposit with the U.S. Postal Service on the same day in the ordinary course of business, at 96 North Third Street, Suite 500, San Jose, California 95112.

[   ]    (BY FACSIMILE) I personally sent to the addressee's telecopier number a true copy of the above-described document(s).

[   ]    (BY PERSONAL SERVICE) I personally delivered a true copy of the above-described document(s) to the person and at the address as set forth below.

[   ]    (BY OVERNIGHT DELIVERY) A true copy of the above-described document(s) was placed in a sealed envelope, with delivery fees provided for, and delivered in the ordinary course of business to an overnight delivery carrier, addressed to the person(s) on whom it is to be served.

Steven A. Fabbro, Esq.                    **Attorney for Plaintiffs**
101 Montgomery Street, 27th Floor         Tel: (415) 391-6850
San Francisco, CA 94104                   Fax: (415) 391-6856

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 9, 2007 at San Jose, California.

_L. Hill_
Lori Hill