MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK**
96 No. Third Street, Suite 500
San Jose, California 95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION ("AMTRAK")

**ORIGINAL FILED**

FEB - 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**C 07    0866**

| | |
|---|---|
| GRACE DE LA CRUZ, LITA A. MANUEL, ROLAND AVILA, EDWARDO AVILA, RODRIGO AVILA, EVELYN DAY, CORAZON DE GUZMAN SUMINTAC, LORETO DE GUZMAN, ANGELA JONES,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), UNION PACIFIC RAILROAD, CALTRAIN, DOES 1-100,<br><br>Defendants. | Case No.<br><br>**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S DEMAND FOR JURY TRIAL**<br><br>Action Filed: July 25, 2006 |

Defendant NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK") hereby demands a trial by jury.

Dated: February 6, 2007

RANKIN, LANDSNESS, LAHDE,
SERVERIAN & STOCK

By: _____
MICHAEL C. SERVERIAN
Attorneys for Defendant
PENINSULA CORRIDOR JOINT
POWERS BOARD

Case Name: <u>De La Cruz, et al. V. National Railroad Passenger Corp.</u> Case No: CIV 456498

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 96 No. Third Street, Suite 500, San Jose, California 95112. I am employed in the County of Santa Clara where this service occurs. On the date indicated below I served a true copy of the following documents:

**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S DEMAND FOR JURY TRIAL**

[ X ]   (BY MAIL) By placing a true copy of the aforementioned documents enclosed in a sealed envelope, with postage thereon fully prepaid to be placed in the U.S. mail at San Jose, California, addressed as set forth below. I am readily familiar with my employer's practice for collection and processing correspondence for mailing with the United States Postal Service. Documents so collected and processed are place for collection and deposit with the U.S. Postal Service on the same day in the ordinary course of business, at 96 North Third Street, Suite 500, San Jose, California 95112.

[   ]   (BY FACSIMILE) I personally sent to the addressee's telecopier number a true copy of the above-described document(s).

[   ]   (BY PERSONAL SERVICE) I personally delivered a true copy of the above-described document(s) to the person and at the address as set forth below.

[   ]   (BY OVERNIGHT DELIVERY) A true copy of the above-described document(s) was placed in a sealed envelope, with delivery fees provided for, and delivered in the ordinary course of business to an overnight delivery carrier, addressed to the person(s) on whom it is to be served.

Steven A. Fabbro, Esq.  **Attorney for Plaintiffs**
101 Montgomery Street, 27th Floor  Tel: (415) 391-6850
San Francisco, CA 94104  Fax: (415) 391-6856

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 9, 2007 at San Jose, California.

_Lori Hill_
Lori Hill