1  MICHAEL C. SERVERIAN (SBN 133203)
2  **RANKIN, LANDSNESS,  LAHDE,
    SERVERIAN & STOCK**
3  96 No. Third Street, Suite 500
   San Jose, California  95112
   Telephone : (408) 293-0463
4  Facsimile : (408) 293-9514

5  Attorneys for Defendant
   NATIONAL RAILROAD PASSENGER
6  CORPORATION ("AMTRAK")

7

8                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12  GRACE DE LA CRUZ, LITA A.              )  Case No.  C 07 0866 CW
    MANUEL, ROLAND AVILA,                  )
13  EDWARDO AVILA, RODRIGO                 )  **CERTIFICATE OF SERVICE OF NOTICE
    AVILA, EVELYN DAY, CORAZON             )  TO ADVERSE PARTY OF REMOVAL TO
14  DE GUZMAN SUMINTAC, LORETO             )  FEDERAL COURT**
    DE GUZMAN, ANGELA JONES,               )
15                                         )  Action filed: July 25, 2006
              Plaintiffs,                  )
16                                         )
    vs.                                    )
17                                         )
    NATIONAL RAILROAD                      )
18  PASSENGER CORPORATION                  )
    ("AMTRAK"), UNION PACIFIC              )
19  RAILROAD, CALTRAIN, DOES 1-            )
    100,                                   )
20                                         )
              Defendants.                  )
21  _____       )

22        Lori Hill certifies and declares as follows:

23        I am over the age of 18 years and not a party to this action.

24        My business address is 96 North Third Street, Suite 500, San Jose, CA 95112, which

25  is located in the city, county and state where the mailing described below took place.

26        On February 12, 2007, I deposited in the United States Mail at San Jose, California,

27  a copy of the Notice to Adverse Party of Removal to Federal Court dated February 12,

28  2007, a copy of which is attached to this Certificate.

                                    1

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed on _Feb. 13_____, 2007.

3

4                    _L. Hill_____
                     Lori Hill

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE,**
2 | **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
3 | San Jose, California 95112
Telephone : (408) 293-0463
4 | Facsimile : (408) 293-9514

5 | Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
6 | CORPORATION ("AMTRAK")

7

8 | SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO

9

| | |
|---|---|
| 10  GRACE DE LA CRUZ, LITA A. | Case No. CIV 456498 |
| 11  MANUEL, ROLAND AVILA, EDWARDO AVILA, RODRIGO | **NOTICE TO ADVERSE PARTY OF** |
| 11  AVILA, EVELYN DAY, CORAZON | **REMOVAL OF CASE TO FEDERAL** |
| 12  DE GUZMAN SUMINTAC, LORETO | **COURT** |
| 12  DE GUZMAN, ANGELA JONES, | |
| 13 | Action Filed: July 25, 2006 |
| 13      Plaintiffs, | |
| 14 | |
| 15  vs. | |
| 16  NATIONAL RAILROAD PASSENGER CORPORATION | |
| 16  ("AMTRAK"), UNION PACIFIC | |
| 17  RAILROAD, CALTRAIN, DOES 1- 100, | |
| 18 | |
| 18      Defendants. | |
| 19 | |

20 | TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

21 | PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the

22 | United States District Court for the Northern District of California on February 9, 2007,

23 | under Federal Case Number C 07 0866 CW.

24 | A copy of said Notice of Removal is attached to this Notice, and is served and filed

25 | herewith.

26 | Dated: February 12, 2007             RANKIN, LANDSNESS, LAHDE,
                                        SERVERIAN & STOCK
27

28 |                              By: _____
                                        MICHAEL C. SERVERIAN
                                        Attorneys for Defendant



COPY

1   MICHAEL C. SERVERIAN (SBN 133203)
    **RANKIN, LANDSNESS, LAHDE,**
2      **SERVERIAN & STOCK**
    96 No. Third Street, Suite 500
3   San Jose, California 95112
    Telephone : (408) 293-0463
4   Facsimile : (408) 293-9514

5   Attorneys for Defendant
    NATIONAL RAILROAD PASSENGER
6   CORPORATION ("AMTRAK")

7

ORIGINAL FILED

FEB - 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

8

9                TED STATES DISTRICT COURT

10               THERN DISTRICT OF CALIFORNIA

                    SAN FRANCISCO DIVISION
11
                                            C 07        0866
12  GRACE DE LA CRUZ, LITA A.           )   Case No.
    MANUEL, ROLAND AVILA,               )
13  EDWARDO AVILA, RODRIGO              )   **DEFENDANT NATIONAL RAILROAD**
    AVILA, EVELYN DAY, CORAZON          )   **PASSENGER CORPORATION'S NOTICE**
14  DE GUZMAN SUMINTAC, LORETO          )   **OF REMOVAL OF CASE TO FEDERAL**
    DE GUZMAN, ANGELA JONES,            )   **COURT**
15                                      )
               Plaintiffs,              )   Action filed: July 25, 2006
16                                      )
                                        )
17  vs.                                 )
                                        )
18  NATIONAL RAILROAD                   )
    PASSENGER CORPORATION               )
19  ("AMTRAK"), UNION PACIFIC           )
    RAILROAD, CALTRAIN, DOES 1-         )
20  100,                                )
                                        )
21             Defendants.             )
    _____ )
22

23       Defendant NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK")

24  respectfully alleges as follows:

25       1.    On July 25, 2006, this personal injury action was commenced against

26  defendant NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK") in the

27  Superior Court of the State of California in and for the County of San Mateo, entitled

28  <u>Grace De La Cruz, et al. v. National Railroad Passenger Corporation ("Amtrak"), et al.,</u>

1   WHEREFORE, defendant NATIONAL RAILROAD PASSENGER CORPORATION

2   ("AMTRAK") prays that this action be removed to this Court.

3

    Dated: February 6, 2007                     RANKIN, LANDSNESS, LAHDE,
4                                               SERVERIAN & STOCK

5

6                                       By: _____
7                                           MICHAEL C. SERVERIAN
                                            Attorneys for Defendant
8                                           PENINSULA CORRIDOR JOINT
                                            POWERS BOARD
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

01/17/2007 16 03 FAX  908 687 0___    CONSTABLES OFFICE OF NJ    ___    ☑ 006/036

01/17/2007 10:44 FAX  415 391 8856    STEVEN A FABBRO    ☑ 004/034

'25/ 8 04:12PM  ONELE851 CR-A5 LAW OFFICE OF STEVEN 4153918856 Pg 4/8    ☑ 004/008

07 25/2006 14:32 FAX  415 381 88!    STEVEN A FABBRO    ___

**SUM-100**

## SUMMONS
### (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
NATIONAL RAILROAD PASSENGER CORPORATION
("AMTRAK"), UNION PACIFIC RAILROAD, CALTRAIN,
DOES 1-100

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
GRACE DE LA CRUZ, LITA A. MANUEL, ROLAND AVILA,
EDWARDO AVILA, RODRIGO AVILA, EVELYN DAY, CORAZON
DE GUZMAN SUMINTAC, LORETO DE GUZMAN, ANGELA JONE

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**ENDORSED FILED**
**SAN MATEO COUNTY**

JUL 2 5 2006

Clerk of the Superior Court
By _____
E. Boffi
DEPUTY CLERK

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.

The name and address of the court is:    **CASE NUMBER:** CIV 458498
*(El nombre y dirección de la corte es):*
Superior Court of California, County of San Mateo
400 County Center
Radwood City, CA 94063

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
STEVEN A. FABBRO, ESQ. SBN 107973 Law Offices of Steven A. Fabbro
101 Montgomery Street, 27th Floor, San Francisco, CA 94104 (415) 391-6850

DATE: JUL 2 5 2006    JOHN C. FITTON    Clerk, by    E. Boffi    , Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citation use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)    ☐ CCP 415.70 (conservatee)
☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]    **SUMMONS**    Code of Civil Procedure §§ 412.20, 465

11/22/2144.01 - 7/25/2006 2:39:32 PM

**Exhibit A**

01/17/2007 15:03 FAX  908 667 ~73         CONSTABLES OFFICE OF NJ                    ☑ 008/036

01/17/2007 10:45 FAX  415 391 6856        STEVEN A FABBRO                            ☑ 008/034

982.1(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| De La Cruz v. National Railroad Passenger Corp. et al. | |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person **Passenger Corporation ("AMTRAK")**
   a. ☑ except defendant (name): **National Railroad/**     c. ☑ except defendant (name): **CALTRAIN**
      (1) ☑ a business organization, form unknown              (1) ☑ a business organization, form unknown
      (2) ☐ a corporation                                       (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):                (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                         (4) ☐ a public entity (describe):

      (5) ☐ other (specify):                                    (5) ☐ other (specify):

   b. ☑ except defendant (name): **Union Pacific Railroad** ☐ except defendant (name):
      (1) ☑ a business organization, form unknown              (1) ☐ a business organization, form unknown
      (2) ☐ a corporation                                       (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):                (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                         (4) ☐ a public entity (describe):

      (5) ☐ other (specify):                                    (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1 to 50          were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 51 to 100        are persons whose capacities are unknown to
      plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):

9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

982.1(1) [Rev. January 1, 2000]          **COMPLAINT—Personal Injury, Property**                    Page 2 of 3
                                            **Damage, Wrongful Death**

982.1(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| De La Cruz v. National Railroad Passenger Corp! et al. | |

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☑ Premises Liability
   f. ☐ Other (specify):

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☐ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☐ other damage (specify):

12. ☑ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:
      Plaintiffs' siblings and step-siblings, Grace De La Cruz, Lita Avila, Manuel Roland Avila, Edwardo Avila, Rodrigo Avila, Evelyn Day, Corazon De Guzman Sumintac, Loreto De Guzman, and Angela Jones, are Decedent Jorge Guillermo Avila's next of kin. Plaintiffs' damages include the loss of love, care, society, companionship of Decedent, and such other general and special damages as established at the trial of this case.

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: July 25, 2006

STEVEN A. FABBRO, ESQ.
(TYPE OR PRINT NAME)

▶                                    _(signature)_
                                    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

982.1(1) [Rev. January 1, 2000]        **COMPLAINT—Personal Injury, Property**        Page 3 of 3
                                       **Damage, Wrongful Death**

01/17/2007 15 04 FAX  808 667 057.    CONSTABLES OFFICE OF NJ    ☑ 010/036

01/17/2007 10:45 FAX  415 391 6958    STEVEN A FABBRO    ☑ 008/034

SHORT TITLE:
De La Cruz v. National Railroad Passenger Corp. et al.

CASE NUMBER:

_____FIRST_____    CAUSE OF ACTION—General Negligence    Page ___4___
(number)

ATTACHMENT TO  ☑ Complaint  ☐ Cross-Complaint

(Use a separate cause of action form for each cause of action.)

GN-1. Plaintiff (name): Grace De La Cruz, Lita A. Manuel, Roland Avila, Edwardo Avila, Rodrigo Avila, Evelyn Day, Corazon De Guzman Sumintac, Loreto De Guzman, Angela Jones
alleges that defendant (name): National Railroad Passenger Corporation ("AMTRAK"), Union Pacific Railroad, CALTRAIN

☑ Does ___1___ to ___10___

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on (date): July 24, 2005
at (place): San Bruno Station SPO in the County of San Mateo, California

(description of reasons for liability):

Defendants National Railroad Passenger Corporation ("AMTRAK"), Union Pacific Railroad, CALTRAIN by and through representatives, employees, agents and/or subcontractors, and/or Does 1 to 5, and Does 51-55, inclusive, negligently owned, operated, controlled, managed, designed, constructed, leased, rented, modified and/or repaired the railway crossing, station, and/or passenger and/or pedestrian walkways at San Bruno Station SPO or 1080 Main Line SPO in the City of San Bruno, California so as to cause the railway crossing station and/or passenger and/or pedestrian walkways to be dangerous to passengers and/or pedestrians walking thereon. The passenger and/or pedestrian walkways and/or train tracks were dangerous and defective in that there was a dangerous condition of passenger loading area allowing and/or causing passengers to traverse too close to approaching trains. There were no or inadequate warning signs, barriers, pavement markings and/or other signs advising passengers and/or pedestrians of the risk of injury to passengers and/or pedestrians foreseeably using said walkways. On the day of the incident, Decedent Jorge Guillermo Avila was a pedestrian walking on a passenger and/or pedestrian walkway at said location. Due to the acts and/or omissions of Defendants, and each of them, and due to the further negligent operation, management, maintenance, control, design, and/or repair of a train by the employees, representatives, and/or agents of Defendants Union Pacific
Railroad and/or Does 6 to 10, inclusive, Defendants caused and/or contributed to the collision of a train and Decedent Jorge Guillermo Avila, resulting in Decedent's death. As a result of such death and the acts alleged herein, Plaintiffs' Grace De La Cruz, Lita A. Manuel, Roland Avila, Edwardo Avila, Rodrigo Avila, Evelyn Day, Corazon De Guzman Sumintac, Loreto De Guzman, and Angela Jones have suffered and continue to suffer severe personal injuries, and have thereby incurred general and special damages in an amount to be established at the trial of this matter, as more fully set forth above.

01/17/2007 16:05 FAX   908 667 0513           CONSTABLES OFFICE OF NJ                      ☑ 011/036

01/17/2007 10:46 FAX   415 391 6966           STEVEN A FABBRO                              ☑ 009/034

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| De La Cruz v. National Railraod Passenger Corp. et al. | |

_____**SECOND**_____          CAUSE OF ACTION—Premises Liability                    Page ___5___
(number)

ATTACHMENT TO ☑ Complaint    ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1.  Plaintiff *(name)*: Grace De La Cruz, Lita A. Manuel, Roland Avila, Edwardo Avial, et al.
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*:          July 24, 2005          plaintiff was injured on the following premises in the following

fashion *(description of premises and circumstances of injury)*:
Defendants National Railroad Passenger Corporation ("AMTRAK"), Union Pacific Railroad,
CALTRAIN by and through representatives, employees, agents and/or subcontractors, and/or
Does 11-20, 56-60 inclusive, negligently owned, operated, controlled, managed, designed,
constructed, leased, rented, modified and/or repaired the railway crossing, station, and/or
passenger and/or pedestrian walkways at San Bruno Station SFO or 1080 Main Line SFO in the
City of San Bruno, California so as to cause the railway crossing station and/or passenger and/or
pedestrian walkways to be dangerous to passengers and/or pedestrians walking thereon.
Decedent Jorge Guillermo Avila was a pedestrian walking on a passenger and/or pedestrian
walkway at said location. Due to the acts or omissions of Defendants' a train hit and killed
Decedent.

Prem.L-2.  ☑ Count One—Negligence The defendants who negligently owned, maintained, managed and operated
the described premises were *(names)*:
National Railroad Passenger Corporation ("AMTRAK"), Union Pacific Railroad, CALTRAIN

☑ Does ___11___ to ___15___

Prem.L-3.  ☐ Count Two—Willful Failure to Warn [Civil Code section 846] The defendant owners who willfully or
maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
*(names)*:

☐ Does _____ to _____
Plaintiff, a recreational user, was  ☐ an invited guest  ☐ a paying guest.

Prem.L-4.  ☑ Count Three—Dangerous Condition of Public Property The defendants who owned public property
on which a dangerous condition existed were *(names)*:
National Railroad Passenger Corporation ("AMTRAK"), Union Pacific Railroad, CALTRAIN

☑ Does ___16___ to ___20___
a. ☑ The defendant public entity had  ☐ actual ☑ constructive notice of the existence of the
dangerous condition in sufficient time prior to the injury to have corrected it.
b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5.  a. ☑ Allegations about Other Defendants The defendants who were the agents and employees of the
other defendants and acted within the scope of the agency were *(names)*:
National Railroad Passenger Corporation ("AMTRAK"), Union Pacific Railroad, CALTRAIN

☑ Does ___21___ to ___25___
b. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
☐ described in attachment Prem.L-5.b  ☐ as follows *(names)*:

1    MICHAEL C. SERVERIAN (SBN 133203)
    **RANKIN, LANDSNESS, LAHDE,**
2    **SERVERIAN & STOCK**
    96 No. Third Street, Suite 500
3    San Jose, California 95112
    Telephone : (408) 293-0463
4    Facsimile : (408) 293-9514

5    Attomeys for Defendant
    NATIONAL RAILROAD PASSENGER
6    CORPORATION ("AMTRAK")

**ENDORSED FILED**
**SAN MATEO COUNTY**

FEB 0 8 2007

Clerk of the Superior Court
By \_\_\_\_\_ M. YOUNG \_\_\_\_\_
          DEPUTY CLERK

7

8

9              SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO

**BY FAX**

10    GRACE DE LA CRUZ, LITA A.       )    Case No. CIV 456498
    MANUEL, ROLAND AVILA,         )
11    EDWARDO AVILA, RODRIGO      )    **DEFENDANT NATIONAL RAILROAD**
    AVILA, EVELYN DAY, CORAZON   )    **PASSENGER CORPORATION'S ANSWER**
12    DE GUZMAN SUMINTAC, LORETO   )    **TO PLAINTIFFS' COMPLAINT**
    DE GUZMAN, ANGELA JONES,     )
13                                )
                Plaintiffs,          )
14                                )
    vs.                                )
15                                )
    NATIONAL RAILROAD          )
16    PASSENGER CORPORATION      )
    ("AMTRAK"), UNION PACIFIC      )
17    RAILROAD, CALTRAIN, DOES 1-    )
    100,                             )
18                                )
                Defendants.        )
19    _____ )

20       Defendant NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK") in

21   answer to the unverified complaint of plaintiffs herein, herewith denies each and every, all

22   and singular, the allegations of said unverified complaint, and in this connection defendant

23   denies that plaintiffs have been injured or damaged in any of the sums mentioned in said

24   complaint, or in any sum, or at all as the result of any act or omission of this answering

25   defendant.

26                         **AFFIRMATIVE DEFENSES**

27                      **FIRST AFFIRMATIVE DEFENSE**

28      The Complaint fails to state a claim upon which relief can be granted.

Exhibit B

1

## NINTH AFFIRMATIVE DEFENSE

2    Plaintiffs' claims, and all damages sought, are subject to the preemption of the

3    Railway Labor Act, 45 U.S.C. §§ 151, et seq.

4

## TENTH AFFIRMATIVE DEFENSE

5    Plaintiffs' claims, and each of them are barred by the applicable statutes of

6    limitation.

7    WHEREFORE, defendant NATIONAL RAILROAD PASSENGER CORPORATION

8    ("AMTRAK") prays as follows:

9    1.    That plaintiffs taken nothing by their Complaint and that judgment be entered

10    in favor of NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK") and

11    against plaintiffs;

12    2.    For costs of suit incurred herein;

13    3.    For attorneys' fees; and,

14    4.    For such other and further relief as the Court deems just and proper.

15    Dated: February 6, 2007                    RANKIN, LANDSNESS, LAHDE,
                                                SERVERIAN & STOCK
16

17
                                        By: _____
18                                           MICHAEL C. SERVERIAN
                                            Attorneys for Defendant
19                                           NATIONAL RAILROAD PASSENGER
                                            CORPORATION ("AMTRAK")
20

21

22

23

24

25

26

27

28

3
Defendant National Railroad Passenger Corporation's Answer to Plaintiffs' Complaint

1  Case Name: <u>De La Cruz, et al. V. National Railroad Passenger Corp.</u> Case No: CIV 456498

2  ## PROOF OF SERVICE

3      I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 96 No. Third Street, Suite 500, San Jose,

4  California 95112. I am employed in the County of Santa Clara where this service occurs. On the date indicated below I served a true copy of the following documents:

5

6  **DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S ANSWER TO PLAINTIFFS' COMPLAINT**

7  [ X ]    (BY MAIL) By placing a true copy of the aforementioned documents enclosed in a sealed envelope, with postage thereon fully prepaid to be placed in the U.S. mail

8  at San Jose, California, addressed as set forth below. I am readily familiar with my employer's practice for collection and processing correspondence for mailing with

9  the United States Postal Service. Documents so collected and processed are place for collection and deposit with the U.S. Postal Service on the same day in

10  the ordinary course of business, at 96 North Third Street, Suite 500, San Jose, California 95112.

11

12  [   ]    (BY FACSIMILE) I personally sent to the addressee's telecopier number a true copy of the above-described document(s).

13  [   ]    (BY PERSONAL SERVICE) I personally delivered a true copy of the above-

14  described document(s) to the person and at the address as set forth below.

15  [   ]    (BY OVERNIGHT DELIVERY) A true copy of the above-described document(s) was placed in a sealed envelope, with delivery fees provided for, and delivered in

16  the ordinary course of business to an overnight delivery carrier, addressed to the person(s) on whom it is to be served.

17  Steven A. Fabbro, Esq.            **Attorney for Plaintiffs**
101 Montgomery Street, 27th Floor    Tel: (415) 391-6850

18  San Francisco, CA 94104              Fax: (415) 391-6856

19

20      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

21

22      Executed on February 8, 2007 at San Jose, California.

23  _____
Lori Hill

24

25

26

27

28

1 | MICHAEL C. SERVERIAN (SBN 133203)
RANKIN, LANDSNESS, LAHDE,
2 | **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
3 | San Jose, California 95112
Telephone : (408) 293-0463
4 | Facsimile : (408) 293-9514

5 | Attorneys for Defendant
PENINSULA CORRIDOR JOINT POWERS
6 | BOARD erroneously sued herein as CALTRAIN

7

8

9

**ENDORSED FILED**
**SAN MATEO COUNTY**

FEB 0 8 2007

Clerk of the Superior Court
By _____ M. YOUNG _____
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO

10 | GRACE DE LA CRUZ, LITA A.
MANUEL, ROLAND AVILA,
11 | EDWARDO AVILA, RODRIGO
AVILA, EVELYN DAY, CORAZON
12 | DE GUZMAN SUMINTAC, LORETO
DE GUZMAN, ANGELA JONES,
13 |
Plaintiffs,
14 |
vs.
15 |
NATIONAL RAILROAD
16 | PASSENGER CORPORATION
("AMTRAK"), UNION PACIFIC
17 | RAILROAD, CALTRAIN, DOES 1-
100,
18 |
Defendants.
19 |

Case No. CIV 456498   **BY FAX**

**DEFENDANT PENINSULA CORRIDOR
JOINT POWERS BOARD'S ANSWER TO
PLAINTIFFS' COMPLAINT**

20    Defendant PENINSULA CORRIDOR JOINT POWERS BOARD erroneously sued

21  herein as CALTRAIN in answer to the unverified complaint of plaintiffs herein, herewith

22  denies each and every, all and singular, the allegations of said unverified complaint, and

23  in this connection defendant denies that plaintiffs have been injured or damaged in any of

24  the sums mentioned in said complaint, or in any sum, or at all as the result of any act or

25  omission of this answering defendant.

26                              **AFFIRMATIVE DEFENSES**

27                          **FIRST AFFIRMATIVE DEFENSE**

28    The Complaint fails to state a claim upon which relief can be granted.

Exhibit C

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs' Decedent Jorge Guillermo was himself careless and negligent in and about the matters complained of, and such carelessness and negligence contributed to the happening of the incident complained of and the damages, if any, sustained by plaintiffs herein, and accordingly the doctrine of comparative negligence should be applied in the event liability, which is expressly denied, is found against this answering defendant.

## THIRD AFFIRMATIVE DEFENSE

The injuries or damages complained of in plaintiffs' Complaint on file were wholly or in part the responsibility of persons other than this answering defendant, and said defendant's liability should accordingly be reduced therefore.

## FOURTH AFFIRMATIVE DEFENSE

This answering defendant is informed and believes and thereon alleges that plaintiff's decedent, with full appreciation of the particular risks involved, nevertheless knowingly and voluntarily assumed the risk and hazards of the incident complained of and the damages, if any, resulting therefrom.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs were not present and did not witness the incident that resulted in the death of decedent nor were they at or near the scene in the moments following the incident and are therefore precluded from recovering under theories of intentional or negligent infliction of emotional distress.

## SIXTH AFFIRMATIVE DEFENSE

Even if any conduct alleged by plaintiffs occurred, some other party, entity or individual would be liable and responsible for any and all damages, if any, suffered by plaintiffs.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims, and all damages sought, are subject to the preemption under the Federal Employer's Liability Act (45 U.S.C.A. §§ 51, et seq.).

/ / /

1    **NINTH AFFIRMATIVE DEFENSE**

2    Plaintiffs' claims, and all damages sought, are subject to the preemption of the

3    Railway Labor Act, 45 U.S.C. §§ 151, et seq.

4    **TENTH AFFIRMATIVE DEFENSE**

5    Plaintiffs' claims, and each of them are barred by the applicable statutes of

6    limitation.

7    WHEREFORE, defendant PENINSULA CORRIDOR JOINT POWERS BOARD

8    prays as follows:

9    1.    That plaintiffs taken nothing by their Complaint and that judgment be entered

10   in favor of PENINSULA CORRIDOR JOINT POWERS BOARD and against plaintiffs;

11   2.    For costs of suit incurred herein;

12   3.    For attorneys' fees; and,

13   4.    For such other and further relief as the Court deems just and proper.

14   Dated: January 31, 2007                    RANKIN, LANDSNESS, LAHDE,
                                                SERVERIAN & STOCK
15

16
                                         By: _____
17                                           MICHAEL C. SERVERIAN
                                             Attorneys for Defendant PENINSULA
18                                           CORRIDOR JOINT POWERS BOARD

19

20

21

22

23

24

25

26

27

28

3
Defendant Peninsula Corridor Joint Powers Board's Answer to Plaintiffs' Complaint

1 | Case Name: <u>De La Cruz, et al. V. National Railroad Passenger Corp.</u>Case No: CIV 456498

2 | ## PROOF OF SERVICE

3 | I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 96 No. Third Street, Suite 500, San Jose,
4 | California 95112. I am employed in the County of Santa Clara where this service occurs. On the date indicated below I served a true copy of the following documents:

5 | ### DEFENDANT PENINSULA CORRIDOR JOINT POWERS BOARD'S ANSWER TO
6 | ### PLAINTIFFS' COMPLAINT

7 | [ X ]    (BY MAIL) By placing a true copy of the aforementioned documents enclosed in a sealed envelope, with postage thereon fully prepaid to be placed in the U.S. mail
8 | at San Jose, California, addressed as set forth below. I am readily familiar with my employer's practice for collection and processing correspondence for mailing with
9 | the United States Postal Service. Documents so collected and processed are place for collection and deposit with the U.S. Postal Service on the same day in
10 | the ordinary course of business, at 96 North Third Street, Suite 500, San Jose, California 95112.

11 |
12 | [    ]    (BY FACSIMILE) I personally sent to the addressee's telecopier number a true copy of the above-described document(s).

13 | [    ]    (BY PERSONAL SERVICE) I personally delivered a true copy of the above-
14 | described document(s) to the person and at the address as set forth below.

15 | [    ]    (BY OVERNIGHT DELIVERY) A true copy of the above-described document(s) was placed in a sealed envelope, with delivery fees provided for, and delivered in
16 | the ordinary course of business to an overnight delivery carrier, addressed to the person(s) on whom it is to be served.

17 | Steven A. Fabbro, Esq.                              **Attorney for Plaintiffs**
   | 101 Montgomery Street, 27th Floor                   Tel:  (415) 391-6850
18 | San Francisco, CA 94104                             Fax:  (415) 391-6856

19 |

20 | I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

21 |
   | Executed on February 8, 2007 at San Jose, California.
22 |

23 | *[signature]*
   | Lori Hill

24 |

25 |

26 |

27 |

28 |

1  MICHAEL C. SERVERIAN (SBN 133203)
   **RANKIN, LANDSNESS, LAHDE,**
2  **SERVERIAN & STOCK**
   96 No. Third Street, Suite 500
3  San Jose, California 95112
   Telephone : (408) 293-0463
4  Facsimile : (408) 293-9514

5  Attorneys for Defendant
   PENINSULA CORRIDOR JOINT POWERS BOARD,
6  erroneously sued herein as CALTRAIN

7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12 | GRACE DE LA CRUZ, LITA A.           )    Case No.
   | MANUEL, ROLAND AVILA,               )
13 | EDWARDO AVILA, RODRIGO              )    **JOINDER IN NOTICE OF REMOVAL OF**
   | AVILA, EVELYN DAY, CORAZON          )    **ACTION**
14 | DE GUZMAN SUMINTAC, LORETO          )
   | DE GUZMAN, ANGELA JONES,            )
15 |                                     )
   |         Plaintiffs,                 )
16 |                                     )
   | vs.                                 )
17 |                                     )
   | NATIONAL RAILROAD                   )
18 | PASSENGER CORPORATION               )
   | ("AMTRAK"), UNION PACIFIC           )
19 | RAILROAD, CALTRAIN, DOES 1-         )
   | 100,                                )
20 |                                     )
   |         Defendants.                 )
21 |_____)

22       Defendant PENINSULA CORRIDOR JOINT POWERS BOARD, erroneously sued

23  herein as CALTRAIN, hereby joins in Defendant NATIONAL RAILROAD PASSENGER

24  CORPORATION dba AMTRAK's Notice of Removal to this Court of the state court action

25  described in the said Notice of Removal.

26  Dated: _Feb 8_____, 2007.

27                                        _____
                                          MICHAEL C. SERVERIAN
28

              Exhibit D

                        1

1 | Case Name: De La Cruz, et al. V. National Railroad Passenger Corp. Case No: CIV 456498

2

## PROOF OF SERVICE

3    I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 96 No. Third Street, Suite 500, San Jose,

4 California 95112. I am employed in the County of Santa Clara where this service occurs. On the date indicated below I served a true copy of the following documents:

5

### JOINDER IN NOTICE OF REMOVAL OF ACTION

6

[ X ]    (BY MAIL) By placing a true copy of the aforementioned documents enclosed in a
7    sealed envelope, with postage thereon fully prepaid to be placed in the U.S. mail
at San Jose, California, addressed as set forth below. I am readily familiar with my
8    employer's practice for collection and processing correspondence for mailing with
the United States Postal Service. Documents so collected and processed are
9    place for collection and deposit with the U.S. Postal Service on the same day in
the ordinary course of business, at 96 North Third Street, Suite 500, San Jose,
10    California 95112.

11 [   ]    (BY FACSIMILE) I personally sent to the addressee's telecopier number a true
copy of the above-described document(s).
12

[   ]    (BY PERSONAL SERVICE) I personally delivered a true copy of the above-
13    described document(s) to the person and at the address as set forth below.

14 [   ]    (BY OVERNIGHT DELIVERY) A true copy of the above-described document(s)
was placed in a sealed envelope, with delivery fees provided for, and delivered in
15    the ordinary course of business to an overnight delivery carrier, addressed to the
person(s) on whom it is to be served.
16

Steven A. Fabbro, Esq.                    **Attorney for Plaintiffs**
17 101 Montgomery Street, 27th Floor        Tel:  (415) 391-6850
San Francisco, CA 94104                   Fax:  (415) 391-6856
18

19
    I declare under penalty of perjury under the laws of the State of California that the
20 above is true and correct.

21    Executed on February 9, 2007 at San Jose, California.

22                                         _X. Hill_

23                                         Lori Hill

24

25

26

27

28

1 | John D. Feeney, Esq.
Senior Trial Counsel
2 | Union Pacific Railroad Company
10031 Foothills Blvd., Room 200
3 | Roseville, CA 95747
Telephone: (916) 789-6223
4 | Facsimile: (916) 789-622

5 | Attorneys for Defendant
UNION PACIFIC RAILROAD
6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

12 | GRACE DE LA CRUZ, LITA A.               )   Case No.
MANUEL, ROLAND AVILA,                    )
13 | EDWARDO AVILA, RODRIGO              )   JOINDER IN NOTICE OF REMOVAL OF
AVILA, EVELYN DAY, CORAZON         )   ACTION
14 | DE GUZMAN SUMINTAC, LORETO      )
DE GUZMAN, ANGELA JONES,           )
15 |                                                             )
Plaintiffs,                               )
16 |                                                             )
vs.                                           )
17 |                                                             )
NATIONAL RAILROAD                      )
18 | PASSENGER CORPORATION              )
("AMTRAK"), UNION PACIFIC              )
19 | RAILROAD, CALTRAIN, DOES 1-       )
100,                                          )
20 |                                                             )
Defendants.                             )
21 | _____ )

22 | Defendant UNION PACIFIC RAILROAD hereby joins in Defendant NATIONAL

23 | RAILROAD PASSENGER CORPORATION dba AMTRAK's Notice of Removal to this

24 | Court of the state court action described in the said Notice of Removal.

25 | Dated: Feb. 6 ____, 2007.

26 |                                                 John D. Feeney
                                                   JOHN D. FEENEY
27

28

Exhibit D

Joinder in Notice of Removal of Action

1  Case Name: <u>De La Cruz, et al. V. National Railroad Passenger Corp.</u>Case No: CIV 456498

2  ## PROOF OF SERVICE

3      I, the undersigned, hereby declare that I am over the age of eighteen years and not a
   party to the within action. My business address is 96 No. Third Street, Suite 500, San Jose,
4  California 95112. I am employed in the County of Santa Clara where this service occurs.
   On the date indicated below I served a true copy of the following documents:

5
   ### JOINDER IN NOTICE OF REMOVAL OF ACTION
6
7  [ X ]      (BY MAIL) By placing a true copy of the aforementioned documents enclosed in a
             sealed envelope, with postage thereon fully prepaid to be placed in the U.S. mail
             at San Jose, California, addressed as set forth below. I am readily familiar with my
8            employer's practice for collection and processing correspondence for mailing with
             the United States Postal Service. Documents so collected and processed are
9            place for collection and deposit with the U.S. Postal Service on the same day in
             the ordinary course of business, at 96 North Third Street, Suite 500, San Jose,
10           California 95112.

11 [    ]     (BY FACSIMILE) I personally sent to the addressee's telecopier number a true
             copy of the above-described document(s).
12
   [    ]     (BY PERSONAL SERVICE) I personally delivered a true copy of the above-
13           described document(s) to the person and at the address as set forth below.

14 [    ]     (BY OVERNIGHT DELIVERY) A true copy of the above-described document(s)
             was placed in a sealed envelope, with delivery fees provided for, and delivered in
15           the ordinary course of business to an overnight delivery carrier, addressed to the
             person(s) on whom it is to be served.
16
   Steven A. Fabbro, Esq.                        **Attorney for Plaintiffs**
17 101 Montgomery Street, 27th Floor             Tel: (415) 391-6850
   San Francisco, CA 94104                       Fax: (415) 391-6856
18

19
       I declare under penalty of perjury under the laws of the State of California that the
20 above is true and correct.

21     Executed on February 9, 2007 at San Jose, California.

22
                                                  _Z. Hill_
23                                                Lori Hill

24

25

26

27

28

1  MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE,**
2  **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
3  San Jose, California 95112
Telephone : (408) 293-0463
4  Facsimile : (408) 293-9514

5  Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
6  CORPORATION ("AMTRAK")

7

8
               SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
9

| | |
|---|---|
| 10  GRACE DE LA CRUZ, LITA A.          )<br>MANUEL, ROLAND AVILA,          )<br>11  EDWARDO AVILA, RODRIGO          )<br>AVILA, EVELYN DAY, CORAZON          )<br>12  DE GUZMAN SUMINTAC, LORETO          )<br>DE GUZMAN, ANGELA JONES,          )<br>13                                    )<br>          Plaintiffs,          )<br>14                                    )<br>vs.                                    )<br>15                                    )<br>NATIONAL RAILROAD          )<br>16  PASSENGER CORPORATION          )<br>("AMTRAK"), UNION PACIFIC          )<br>17  RAILROAD, CALTRAIN, DOES 1-          )<br>100,                                    )<br>18                                    )<br>          Defendants.          )<br>19  _____ ) | Case No. CIV 456498<br><br>**DEFENDANT NATIONAL RAILROAD<br>PASSENGER CORPORATION'S NOTICE<br>OF REMOVAL OF CASE TO FEDERAL<br>COURT**<br><br>Action Filed: July 25, 2006 |

20        TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF

21  RECORD:

22        NOTICE IS HEREBY GIVEN that NATIONAL RAILROAD PASSENGER

23  CORPORATION ("AMTRAK") , Defendant in the above-captioned action, has filed its

24  Notice of Removal of the above-captioned action, a copy of which is attached hereto with

25  the United States District Court for the Northern District of California.

26        PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. Section 1446(d), the

27  filing of said Notice in the United States District Court, together with the filing of said notice

28  with this Court, effects the removal of this action and the above-captioned Court may

1
Defendant National Railroad Passenger Corporation's Notice of Removal of Case to Federal Court

Exhibit E

1   Case Name: <u>De La Cruz, et al. V. National Railroad Passenger Corp.</u>Case No: CIV 456498

2   ## PROOF OF SERVICE

3      I, the undersigned, hereby declare that I am over the age of eighteen years and not a
party to the within action. My business address is 96 No. Third Street, Suite 500, San Jose,
4   California 95112. I am employed in the County of Santa Clara where this service occurs.
On the date indicated below I served a true copy of the following documents:

5
### NOTICE TO ADVERSE PARTY OF REMOVAL OF CASE TO FEDERAL COURT
6

[ X ]    (BY MAIL) By placing a true copy of the aforementioned documents enclosed in a
7           sealed envelope, with postage thereon fully prepaid to be placed in the U.S. mail
        at San Jose, California, addressed as set forth below. I am readily familiar with my
8           employer's practice for collection and processing correspondence for mailing with
        the United States Postal Service. Documents so collected and processed are
9           place for collection and deposit with the U.S. Postal Service on the same day in
        the ordinary course of business, at 96 North Third Street, Suite 500, San Jose,
10          California 95112.

11  [   ]    (BY FACSIMILE) I personally sent to the addressee's telecopier number a true
        copy of the above-described document(s).
12

[   ]    (BY PERSONAL SERVICE) I personally delivered a true copy of the above-
13          described document(s) to the person and at the address as set forth below.

14  [   ]    (BY OVERNIGHT DELIVERY) A true copy of the above-described document(s)
        was placed in a sealed envelope, with delivery fees provided for, and delivered in
15          the ordinary course of business to an overnight delivery carrier, addressed to the
        person(s) on whom it is to be served.
16

Steven A. Fabbro, Esq.                **Attorney for Plaintiffs**
17  101 Montgomery Street, 27th Floor     Tel:  (415) 391-6850
San Francisco, CA 94104          Fax:  (415) 391-6856
18

19  John (Jack) D. Feeney, Esq.         **Attorney for Union Pacific Railroad**
Senior Trial Counsel              Tel: (916) 789-6223
20  Union Pacific Railroad Company     Fax: (916) 789-6227
10031 Foothills Blvd., Room 200
21  Roseville, CA 95747

22     I declare under penalty of perjury under the laws of the State of California that the
23  above is true and correct.

24  Executed on February 13, 2007 at San Jose, California.

25                           J. Hill
26                           Lori Hill

27

28

1  Case Name: De La Cruz, et al. V. National Railroad Passenger Corp. Case No: CIV 456498

2  ## PROOF OF SERVICE

3      I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to the within action. My business address is 96 No. Third Street, Suite 500, San Jose,

4  California 95112. I am employed in the County of Santa Clara where this service occurs. On the date indicated below I served a true copy of the following documents:

5

6  ### CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL OF CASE TO FEDERAL COURT

7  [ X ]    (BY MAIL) By placing a true copy of the aforementioned documents enclosed in a sealed envelope, with postage thereon fully prepaid to be placed in the U.S. mail

8  at San Jose, California, addressed as set forth below. I am readily familiar with my employer's practice for collection and processing correspondence for mailing with

9  the United States Postal Service. Documents so collected and processed are place for collection and deposit with the U.S. Postal Service on the same day in

10  the ordinary course of business, at 96 North Third Street, Suite 500, San Jose, California 95112.

11

12  [   ]    (BY FACSIMILE) I personally sent to the addressee's telecopier number a true copy of the above-described document(s).

13  [   ]    (BY PERSONAL SERVICE) I personally delivered a true copy of the above-described document(s) to the person and at the address as set forth below.

14

15  [   ]    (BY OVERNIGHT DELIVERY) A true copy of the above-described document(s) was placed in a sealed envelope, with delivery fees provided for, and delivered in the ordinary course of business to an overnight delivery carrier, addressed to the

16  person(s) on whom it is to be served.

17  Steven A. Fabbro, Esq.            **Attorney for Plaintiffs**
101 Montgomery Street, 27th Floor    Tel: (415) 391-6850

18  San Francisco, CA 94104           Fax: (415) 391-6856

19  John (Jack) D. Feeney, Esq.        **Attorney for Union Pacific Railroad**

20  Senior Trial Counsel              Tel: (916) 789-6223
Union Pacific Railroad Company    Fax: (916) 789-6227

21  10031 Foothills Blvd., Room 200
Roseville, CA 95747

22

23      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

24

25      Executed on February 13, 2007 at San Jose, California.

26                                J. Hill
                              Lori Hill

27

28