STEVEN A. FABBRO, ESQ. (SBN #107973)
LAW OFFICES OF STEVEN A. FABBRO
101 Montgomery Street, 27th Floor
San Francisco, CA 94104
Telephone:    (415) 391-6850
Facsimile:    (415) 391-6856

Attorney for Plaintiffs: Grace De La Cruz, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE DE LA CRUZ, LITA A. MANUEL, ROLAND AVILA, EDWARDO AVILA, RODRIGO AVILA, EVELYN DAY, CORAZON DE GUZMAN SUMINTAC, LORETO DE GUZMAN, ANGELA JONES,<br><br>          Plaintiffs,<br>    vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), UNION PACIFIC RAILRAOD, CALTRAIN, DOES 1-100,<br><br>          Defendants. | Case No. C 07-00866- CW<br><br>PLAINTIFFS DEMAND FOR JURY TRIAL<br><br>Complaint filed:  July 25, 2006 |

Plaintiffs GRACE DE LA CRUZ, LITA A. MANUEL, ROLAND AVILA, EDWARDO AVILA, RODRIGO AVILA, EVELYN DAY, CORAZON DE GUZMAN SUMINTAC, LORETO DE GUZMAN, and ANGELA JONES, hereby demand a trial by jury in this matter.

/

/

DATED:  March ___, 2007                LAW OFFICES OF STEVEN A. FABBRO

By: _____

STEVEN A. FABBRO, ESQ.
Attorney for Plaintiffs

STEVEN A. FABBRO, ESQ. (SBN #107973)
LAW OFFICES OF STEVEN A. FABBRO
101 Montgomery Street, 27th Floor
San Francisco, CA 94104
Telephone:    (415) 391-6850
Facsimile:    (415) 391-6856

Attorney for Plaintiffs:
GRACE DE LA CRUZ, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GRACE DE LA CRUZ, LITA A. MANUEL, ROLAND AVILA, EDWARDO AVILA, RODRIGO AVILA, EVELYN DAY, CORAZON DE GUZMAN SUMINTAC, LORETO DE GUZMAN, ANGELA JONES, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), UNION PACIFIC RAILRAOD, CALTRAIN, DOES 1-100, <br><br> Defendants. | Case No. C 07-00866- CW <br><br> CERTIFICATE OF SERVICE |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is LAW OFFICES OF STEVEN A. FABBRO, 101 Montgomery Street, 27th Floor, San Francisco, California 94104. On March 6, 2007, I served the following document(s) by the method indicated below:

PLAINTIFFS DEMAND FOR JURY TRIAL

[ ]    by transmitting via facsimile on this date from fax number 415-391-6856 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete without error. The transmission report was properly issued by the

transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal. R.Ct 2003 (3).

[X]    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

[ ]    by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

[ ]    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]    by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

[ ]    by transmitting via email to the parties at the email addresses listed below:

**Attorneys for Defendant:  PENINSULA CORRIDOR JOINT POWERS BOARD erroneously sued as CALTRAIN; NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK")**
Michael C. Serverian, Esq.
RANKIN LANDSNESS LAHDE SERVERIAN & STOCK
96 No. Third Street, Suite 500
San Jose, CA 95112
Telephone:  408-293-0463
Facsimile:  408-293-9514

**Attorneys for Defendant:  UNION PACIFIC RAILROAD**
John D. Feeney, Esq.
Senior Trial counsel
Union Pacific Railroad Company
10031 Foothill Blvd., Room 200
Roseville, CA 95744
Telephone:  916-789-6223
Facsimile:  916-789-6227

        I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on March 7, 2007, at San Francisco, California.

Alma Calderon

PROOF OF SERVICE                                                                -2-