**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE DE LA CRUZ<br><br>　　　　Plaintiff,<br>　v.<br><br>NATIONAL RAILROAD PASSENGER, ET. AL.<br><br>　　　　Defendant._____/ | NO. CV 07-00866 CW<br><br>**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY DOCUMENT NUMBERS 2 - 5.** |

On February 9, 2007, counsel for Defendants filed a Joinder re: Notice of Removal, document numbers 2 and 3, and a Demand for Trial by Jury, document numbers 4 and 5, manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for Defendants should submit the Joinder re: Notice of Removal, document numbers 2 and 3, and a Demand for Trial by Jury, document numbers 4 and 5, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do *not* e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

Dated: March 14, 2007                                   Cynthia Lenahan
                                                                        Deputy Clerk