IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE DE LA CRUZ,<br><br>    Plaintiff,<br><br>   v.<br><br>NATIONAL RAILROAD PASSENGER CORP.,<br><br>    Defendant.<br>_____/ | No. 07-00866 CW<br><br>CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE |

Effective March 9, 2007, Judge Claudia Wilken changed her Case Management Conference and Pretrial Conference calendar to Tuesdays at 2:00 p.m.  Accordingly,

NOTICE IS HEREBY GIVEN that Case Management Conference previously set for May 18, 2007, is rescheduled to May 22, 2007, at 2:00 p.m.

Dated:  5/4/07                              *Sheilah Cahill*

                                            _____
                                            SHEILAH CAHILL
                                            Deputy Clerk