UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DE LA CRUZ Plaintiff(s),

v.

National Railroad Passigner Corp, et al.

Defendant(s).

CASE NO.: C-07-0866 CW

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

FILED
MAY 22 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

In accordance with the provisions of 28 U.S.C. Section 636(c), the below-named party(ies) to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: 5/22/07

Attorney for PLAINTIFFS

DECLINATION

The below-named party(ies) decline to consent at this time to reference of the above-captioned matter to a United States Magistrte Judge for trial

Dated: _____   Attorney for _____