**FILED**

MAY 22 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

De La Cruz                              )
                                        )   CASE NO.: C-07-0866 CW
                                        )
                Plaintiff(s),           )   CONSENT TO PROCEED
                                        )   BEFORE A UNITED STATES
                                        )   MAGISTRATE JUDGE
        v.                              )
National Railroad Passenger Corp.       )
                                        )
                                        )
                Defendant(s).           )
                                        )
                                        )

        In accordance with the provisions of 28 U.S.C. Section

636(c), the below-named party(ies) to the above-captioned

civil matter hereby voluntarily waive their rights to proceed

before a Judge of the United States District Court and consent

to have a United States Magistrate Judge conduct any and all

further proceedings in the case, including trial, and order

the entry of a final judgment.


Dated:  5/22/07                    _____
                                   Attorney for  Caltrain & Amtrak


                        DECLINATION

The below-named party(ies) decline to consent at this time to

reference of the above-captioned matter to a United States

Magistrte Judge for trial


Dated: _____             _____
                                   Attorney for _____