**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE DE LA CRUZ, et al., | No. C 07-00866 CW |
| Plaintiffs, | ORDER OF REFERENCE<br>TO MAGISTRATE JUDGE |
| v. | |
| NATIONAL RAILROAD PASSENGER CORP., et al., | |
| Defendants. | |
| _____/ | |

Pursuant to Local Rule 72-1 and the consent of parties, IT IS HEREBY ORDERED that the above-captioned case is referred for all further proceedings in the case, including trial, and the entry of a final judgment to a Magistrate Judge to be heard and considered at the convenience of his/her calendar.  The case management dates previously set remain in effect, **except** the trial date may be reset by the assigned Magistrate Judge.  Dispositive motions shall be heard on or before March 14, 2008, in accordance with the assigned Magistrate Judge's civil law and motion calendar.

Dated:  5/30/07

_____
CLAUDIA WILKEN
United States District Judge

cc: Wings