United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Grace De La Cruz, | No. C 07-0866    JL |
|     Plaintiff, | |
|     v. | ORDER SETTING CASE MANAGEMENT CONFERENCE |
| National Railroad Passenger, et al., | [Reassigned Case] |
|     Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been reassigned to the Honorable James Larson for trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. Pro. 16(b) and Civil L.R. 16-10, that a Case Management Conference shall be held in this case on Wednesday, August 8, 2007, at 10:30 a.m. in Courtroom F, 15th Floor, U.S. District Court 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. Pursuant to Civil Local Rule 16-9, the parties shall file a joint case management statement and proposed order no later than ten (10) days before the date of the conference. If any party is proceeding without counsel, separate statements may be filed by each party.

**United States District Court**
For the Northern District of California

1  All documents filed with the Clerk of the Court shall list the civil case number
2  followed only by the initials "**JL**." One copy shall be clearly marked as a <u>chambers</u> copy.
3  IT IS SO ORDERED.
4  DATED: June 4, 2007

_____
James Larson
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\07-0866\Reassign.Order.wpd  2