MICHAEL C. SERVERIAN (SBN 133203)
RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK
96 No. Third Street, Suite 500
San Jose, California 95112
Telephone : (408) 293-0463
Facsimile : (408) 293-9514

Attorneys for Defendants
PENINSULA CORRIDOR JOINT POWERS BOARD ("CALTRAIN") and NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK")

STEVEN A. FABBRO, ESQ. (SBN 107973)
LAW OFFICES OF STEVEN A. FABBRO
101 Montgomery Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 391-6850
Facsimile: (415) 391-6856

Attorneys for Plaintiffs, GRACE DE LA CRUZ, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GRACE DE LA CRUZ, LITA A. MANUEL, ROLAND AVILA, EDWARDO AVILA, RODRIGO AVILA, EVELYN DAY, CORAZON DE GUZMAN SUMINTAC, LORETO DE GUZMAN, ANGELA JONES,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), UNION PACIFIC RAILROAD, CALTRAIN, DOES 1 -100,<br><br>Defendants. | Case No. C 07-00866- JL<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: August 8, 2007<br>Time: 10:30 a.m.<br>Dept.: Courtroom F, 15th Fl.<br>       450 Golden Gate Ave.<br>       San Francisco, CA<br>Judge: Honorable James Larson |

Joint Case Management Statement

The parties to the above-entitled action jointly submit this Case Management Statement and Proposed Order and request the Court adapt it as its Case Management Order.

### A.      DESCRIPTION OF CASE.

#### 1.      Statement of Facts.

This is a wrongful death case brought by nine of decedent's siblings and step-siblings against defendants PENINSULA CORRIDOR JOINT POWERS BOARD ("JPB" or "Caltrain"), NATIONAL RAILROAD PASSENGER CORPORATION ("Amtrak") and Union Pacific Railroad. The incident giving rise to this action occurred July 24, 2005, when the decedent, Jorge Guillermo Avila, was running alongside the railroad tracks and he was struck by a train that was slowing down to stop at the San Bruno Station in the City of San Bruno, California. Defendant JPB owns and manages the Caltrain Commuter Rail between Gilroy and San Francisco and contracts with Amtrak to drive the trains and maintain the right-of-way. Union Pacific no longer operates commuter trains or maintains responsibility for the right-of-way and has not since the very early 1990's.

Plaintiffs allege negligence and premises liability against defendants. Plaintiff's complaint was originally filed in state court but removed to federal court by Amtrak. Defendants JPB and Amtrak have answered plaintiff's complaint.

#### 2.      Principal Factual Issues That Are In Dispute:

At this point, the factual issues include:

      (a)   The facts and circumstances surrounding the incident;

      (b)   The closeness of the relationship between plaintiffs and decedent;

      (c)   The nature and extent of plaintiffs' damages;

#### 3.      Principal Legal Issues That the Parties Dispute Are:

      (a)   Whether the train operator was negligent;

      (b)   Whether Amtrak is culpable under a premises liability theory;

    (c)    Whether defendant JPB is liable under a premises liability theory/dangerous condition of public property pursuant to Government Code § 835;

    (d)    Whether plaintiffs' claims, if there are such claims, of excessive train speed are preempted under federal law.

**4.**    **Other Factual Issues.**

None at this time.

**5.**    **Service Of Parties.**

Defendants JPB and Amtrak have answered plaintiff's complaint. Plaintiffs have dismissed Union Pacific without prejudice.

**6.**    **Additional Parties To Be Joined.**

None anticipated by either side.

**B.**    **ALTERNATIVE DISPUTE RESOLUTION.**

Parties completed Early Neutral Evaluation with Court appointed evaluator Thomas Denver, Esq. on July 26, 2007.

**C.**    **CONSENT TO JURISDICTION BY MAGISTRATE JUDGE**

Parties previously stipulated to jurisdiction by a Magistrate Judge.

**D.**    **DISCLOSURES**

The parties certify that they have made the following disclosures:

**1.**    **Persons Disclosed By Plaintiffs:**

a) GRACE DE LA CRUZ
b) LITA MANUEL
c) ROLAND AVILA
d) EDWARDO AVILA
e) RODRIGO AVILA
f) EVELYN DAY
g) CORAZON DE GUZMAN SUMINTAC
h) LORETO DE GUZMAN
I) ANGELA JONES
j) DEAN BROWN, Witness
k) JOHN TAYLOR, Witness
l) K. McMULLAN, San Bruno Police Dept.
m) J. Haggarty, San Bruno Police Dept.

Joint Case Management Statement

|   |   |
|---|---|
| n) | Officer CHINCA, San Bruno Police Dept. |
| o) | Officer SEEVERS, San Bruno Police Dept. |
| p) | Officer LUCIANO, San Bruno Police Dept. |
| q) | Det. GLOSS, Amtrak Police Dept. |
| r) | Det. PINTOS, Amtrak Police Dept. |
| s) | PAT SWEENEY, San Bruno Fire Dept. |
| t) | JAMES HOULLIHAN, San Bruno Fire Dept. |
| u) | DAVY DAUCHAN, Amtrak Train Engineer |
| v) | CSO NICHOLAS, San Bruno Police Dept. Photographer |

2. **Persons Disclosed By Defendant:**

(a) Train Operator Dave Dauchan
(b) Witness John Taylor;
(c) Witness Dean Brown;
(d) San Bruno Police Department Investigating Officer K. McMullan;
(e) San Bruno Police Department Officer J. Haggarty;
(f) Amtrak Detective Gloss;
(g) Thomas Goostree (post-accident investigation).

3. **Documents Disclosed By Plaintiffs:**

(a) AMTRAK Incident Report, No. 1-05-014959
(b) San Bruno Fire Department Incident Report No. 2005-0501805-000
(c) San Bruno Police Department Incident Report No. 05-03004
(d) CD depicting the accident scene and Decedent's funeral
(e) Funeral and Burial Expenses
(f) Form Interrogatories to Plaintiffs and Defendants and responses thereto
(g) Special Interrogatories to Plaintiffs and Defendants and responses thereto
(h) Request For Production of Documents to Plaintiffs and Defendants and responses thereto
(I) Pleadings in case DE LA CRUZ, et al., v. National Railroad Passenger Corporation ("AMTRAK") et al., Case No. C 07-00866 CW as follows:

1. Plf. Claim Form 10/25/05

2. Plf. Summons, Complaint, etc. 7/25/06

3. Plf. POS-Summons & Complaint re: Caltrain 1/31/07

4. Plf. POS-Summons & Complaint re: Union Pacific Railroad 2/7/07

5. Plf. POS-Summons & Complaint re: National Railroad Passenger Corp. 2/14/02

6. Plf Def. Caltrain's Answer to Complaint 2/8/07

7. Plf Def. National Railroad Passenger Corp. Answer to Complaint 2/8/07

4. **Documents Disclosed By Defendants:**

   (a) San Bruno Police Department Incident Report;
   (b) Amtrak Incident Report;
   (c) Amtrak Unusual Occurrence Report;
   (d) Incident scene photographs;

5. **Calculations Of Damages:**

   1. General Damages: Loss of love, affection, society, companionship, solace, support as may be established at the time of trial.

   2. Special Damages:

      (a) Medical expenses - $47,079.18 San Francisco General Hospital bills;

      (b) Burial and funeral expenses - $12,319.92.

E. **EARLY FILINGS OF MOTIONS**

Defendants anticipate the possibility of a summary judgment motion, depending upon the facts/evidence developed in discovery. It is anticipated this motion would not be filed until discovery is completed.

F. **DISCOVERY**

The parties hereby suggest the following discovery plan:

| | |
|---|---|
| Depositions (excluding experts): | 10 per side in addition to deposing the parties (9 plaintiffs in this case) |
| Interrogatories: | 40 to each party |
| Request for production: | per rules |
| Request for admissions: | per rules |
| Site and Vehicle Inspection: | per rules agreement of the parties |

The parties further agree as follows:

All fact discovery shall be completed by December 3, 2007.

Discovery from experts: The parties may offer expert testimony as to the following subject matters: accident reconstruction, which includes a speed analysis, timing and distance analysis as well as the visibility and audibility of the train causation, standard of care in operating the train, the reasonableness of the operator's conduct, event recorder analysis and issues as to the right-of-way, including trespassing premises liability and damages.

    a) On or before December 21, 2007, the parties shall disclose experts pursuant to FRCP, Rule 26. Rebuttal expert disclosure: January 16, 2008.

    b) All expert witness discovery shall be completed by February 16, 2008.

The Court orders the following additional limitations on the subject matter of discovery: Dispositive motions to be heard by March 14, 2008.

### G. TRIAL

The parties request a April 7, 2008 trial date.

### H. SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL

Pursuant to Civil L.R. 16-12, each of the undersigned certifies that he or she has read the brochure entitled "Dispute Resolution Procedures in the Northern District of California," discussed the available dispute resolution options provided by the court and private entities and has considered whether this case might benefit from any of the available dispute resolution options.

Dated: July 27, 2007					RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK


By:   /s/ Michael C. Serverian
MICHAEL C. SERVERIAN
Attorneys for Defendants
PENINSULA CORRIDOR JOINT POWERS BOARD (JPB) and NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK")


Dated: July 27, 2007					LAW OFFICES OF STEVEN A. FABBRO


By: /s/ Steven A. Fabbro
STEVEN A. FABBRO
Attorney for Plaintiffs

Joint Case Management Statement