```
                                                    FILED
                                                    JUL 3 0 2007
                                                    RICHARD W. WIEKING
                                                    CLERK, U.S. DISTRICT COURT
                                                    NORTHERN DISTRICT OF CALIFORNIA
```

**UNITED STATES DISTRICT COURT**   E-filing

**Northern District of California**

| | |
|---|---|
| De La Cruz, | No. C 07-00866 CW ENE |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| National Railroad Passenger Corporation, | |
| Defendant(s). | |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) July 26, 2007

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: 7/26/07   _[signature]_
**Evaluator, Thomas HR Denver**
Mediation Masters
96 N. Third St., Suite 300
San Jose, CA 95112

**Certification of ADR Session**
07-00866 CW ENE