## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          FTR 10:43-10:48
Date: **August 8, 2007**

Case No: **C07- 0866 JL**

Case Name: **Grace DeLaCruz, et al v. Nat'l RR Passenger Corp.**

Plaintiff  Attorney(s): Steven Fabro
Defendant Attorney(s): Michael Serverian

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                              **RULING:**
1.
2.
3.
4.
[ X]  Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 11-14-07 @ 10:30 a.m. for fur CMC. Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
       [ ] Jury  [ ]  Court

Notes: Court approved counsels' proposed discovery plan.


cc: Venice, Kathleen,