UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DE LA CRUZ ET AL

    Plaintiff(s),                                No. 07-00866 JL

    v.                                       NOTICE OF CONTINUANCE
<u>OF CASE MANAGEMENT CONFERENCE</u>

NATIONAL RAILROAD PASSENGER CORPORATION ET AL

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the case management conference scheduled for November 14, 2007 @ 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued to November 28, 2007 @ 10:30 a.m..

Dated: November 2, 2007

*Wings Hom*
_____
Wings Hom Courtroom Deputy to
JAMES LARSON, CHIEF UNITED STATES MAGISTRATE JUDGE