1 | MICHAEL C. SERVERIAN (SBN 133203)
**RANKIN, LANDSNESS, LAHDE,**
2 |   **SERVERIAN & STOCK**
96 No. Third Street, Suite 500
3 | San Jose, California  95112
Telephone : (408) 293-0463
4 | Facsimile : (408) 293-9514

5 | Attorneys for Defendants
PENINSULA CORRIDOR JOINT POWERS
6 | BOARD erroneously sued herein as CALTRAIN
and NATIONAL RAILROAD PASSENGER
7 | CORPORATION ("AMTRAK")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GRACE DE LA CRUZ, LITA A. MANUEL, ROLAND AVILA, EDWARDO AVILA, RODRIGO AVILA, EVELYN DAY, CORAZON DE GUZMAN SUMINTAC, LORETO DE GUZMAN, ANGELA JONES,<br><br>    Plaintiffs,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), UNION PACIFIC RAILROAD, CALTRAIN, DOES 1-100,<br><br>    Defendants. | Case No.  C 07 00866 JL<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    Pursuant to the November 2, 2007 Notice of Continuance of Case Management Conference, the hearing date for the Case Management Conference in this matter was continued from November 14, 2007 to November 28, 2007, at 10:30 a.m., before the Honorable James Larson.

    That plaintiffs' counsel, Steven A. Fabbro intends to file a motion to withdraw as counsel in this matter.

ACCORDINGLY, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:

1. The new deadline for completion of the Case Management Conference be continued out 90 days or to February 28, 2008, in order to give sufficient time for plaintiffs to obtain new counsel.

Dated: November 26, 2007                LAW OFFICES OF STEVEN A. FABBRO


                                        By: _____
                                             STEVEN A. FABBRO
                                             Attorneys for Plaintiffs

Dated: November 26, 2007                RANKIN, LANDSNESS, LAHDE,
                                        SERVERIAN & STOCK


                                        By: _____
                                             MICHAEL C. SERVERIAN
                                             Attorneys for Defendants