STEVEN A. FABBRO, ESQ. (SBN #107973)
LAW OFFICES OF STEVEN A. FABBRO
101 Montgomery Street, 27th Floor
San Francisco, CA 94104
Telephone:    (415) 391-6850
Facsimile:     (415) 391-6856

Attorney for Plaintiffs: Grace De La Cruz, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE DE LA CRUZ, LITA A. MANUEL, ROLAND AVILA, EDWARDO AVILA, RODRIGO AVILA, EVELYN DAY, CORAZON DE GUZMAN SUMINTAC, LORETO DE GUZMAN, ANGELA JONES, <br><br>Plaintiffs, <br><br>vs. <br><br>NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), UNION PACIFIC RAILRAOD, CALTRAIN, DOES 1-100, <br><br>Defendants. | Case No. C 07 00866 JL <br><br> **MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

The Law Firm of Steven A. Fabbro, through Steven A. Fabbro, Esq., hereby moves the Court for an Order permitting the firm to withdraw as counsel for Plaintiffs in this case due to irreconcilable differences between Plaintiffs and Steven A. Fabbro, Esq. making it ethically improper for Steven A. Fabbro, Esq. to continue representation of any or all of the Plaintiffs in this case.

Steven A. Fabbro, Esq. has advised all of the Plaintiffs of his intent to withdraw as counsel of record in this case due to the conflict. No Plaintiff has advised Steven A. Fabbro, Esq. that they have hired new counsel in this matter and therefore the following is a list of the last known addresses for the Plaintiffs in this case.

1. Grace De La Cruz, 15 Partridge Lane, Daly City, CA 94014

2. Lita Avila Manuel c/o Joey Manuel, Benjamin Manuel, 1929 Moraga Street, San Francisco, CA 94122

3. Roland Avila, 1823 Talm Place, Talmday, Florida 32905

4. Edwin Avila, 4 Del Rosario Street, Laoag City, Philipines

5. Rodrigo Avila, 4 Del Rosario Street, Laoag City, Phlipines

6. Evelyn Day, 2847 Encinal Avenue, Alameda, CA 94507

7. Corazon DeGuzman Sumintac, 2847 Encinal Avenue, Alameda, CA 94507

8. Loreto Guzman, 2847 Encinal Avenue, Alameda, CA 94507

9. Angela Jones, 840 Capp Street, #5, San Francisco, CA 94110.

Dated: November 26, 2007              LAW OFFICES OF STEVEN A. FABBRO

                                      By: _____
                                      Attorneys for the Plaintiffs

STEVEN A. FABBRO, ESQ. (SBN 107973)
LAW OFFICES OF STEVEN A. FABBRO
101 Montgomery Street, 27th Floor
San Francisco, CA 94104
Telephone:   (415) 391-6850
Facsimile:    (415) 391-6856


Attorney for Plaintiffs:
GRACE DE LA CRUZ, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE DE LA CRUZ, LITA A. MANUEL, ROLAND AVILA, EDWARDO AVILA, RODRIGO AVILA, EVELYN DAY, CORAZON DE GUZMAN SUMINTAC, LORETO DE GUZMAN, ANGELA JONES,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), UNION PACIFIC RAILROAD, CALTRAIN, DOES 1 -100,<br><br>Defendants. | **Case No. C 07-00866- JL**<br><br>**[PROPOSED] ORDER RE: MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

**[PROPOSED] ORDER RE:  MOTION TO WITHDRAW AS COUNSEL OF RECORD**

IT IS HEREBY ORDERED that Steven A. Fabbro, the Law Office of Steven A. Fabbro is withdrawn as Counsel of Record for irreconcilable differences between Plaintiffs and Steven A. Fabbro, Esq. making it ethically improper for Steven A. Fabbro, Esq. to continue representation of any or all of the Plaintiffs in this case.  The last known addresses for the Plaintiffs in this case are as follows:

1. Grace De La Cruz, 15 Partridge Lane, Daly City, CA 94014

2. Lita Avila Manuel c/o Joey Manuel, Benjamin Manuel, 1929 Moraga Street, San Francisco, CA 94122

3. Roland Avila, 1823 Talm Place, Talmday, Florida 32905

4. Edwin Avila, 4 Del Rosario Street, Laoag City, Philipines

5. Rodrigo Avila, 4 Del Rosario Street, Laoag City, Phlipines

6. Evelyn Day, 2847 Encinal Avenue, Alameda, CA 94507

7. Corazon DeGuzman Sumintac, 2847 Encinal Avenue, Alameda, CA 94507

8. Loreto Guzman, 2847 Encinal Avenue, Alameda, CA 94507

9. Angela Jones, . 840 Capp Street, #5, San Francisco, CA 94110.

A copy of the Motion to Withdraw was mailed to Plaintiffs on November 26, 2007. All future notices shall be mailed to said Plaintiffs at the addresses listed above.

**IT IS SO ORDERED**

Dated: _____

By:_____
JUDGE JAMES LARSON

1  STEVEN A. FABBRO, ESQ. (SBN #107973)
   LAW OFFICES OF STEVEN A. FABBRO
2  101 Montgomery Street, 27th Floor
   San Francisco, CA 94104
3  Telephone:    (415) 391-6850
4  Facsimile:    (415) 391-6856

5  Attorney for Plaintiffs:
6  GRACE DE LA CRUZ, ET AL.

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10                                              ) Case No. C 07-00866- JL
                                                )
11  GRACE DE LA CRUZ, LITA A. MANUEL,           )
    ROLAND AVILA, EDWARDO AVILA,                )
12  RODRIGO AVILA, EVELYN DAY,                  )
13  CORAZON DE GUZMAN SUMINTAC,                 ) CERTIFICATE OF SERVICE
    LORETO DE GUZMAN, ANGELA JONES,             )
14                                              )
15              Plaintiffs,                     )
                                                )
16      vs.                                     )
                                                )
17  NATIONAL RAILROAD PASSENGER                 )
    CORPORATION ("AMTRAK"), UNION               )
18  PACIFIC RAILRAOD, CALTRAIN, DOES 1-         )
    100,                                        )
19                                              )
20              Defendants.                     )
                                                )
21  _____

22      I am a resident of the State of California, over the age of eighteen years, and not a party to
23  the within action. My business address is LAW OFFICES OF STEVEN A. FABBRO, 101
24  Montgomery Street, 27th Floor, San Francisco, California 94104. On November 26, 2007, I
25  served the following document(s) by the method indicated below:

26  **MOTION TO WITHDRAW AS COUNEL OF RECORD;**
    **[PROPOSED] ORDER RE: MOTION TO WITHDRAW AS COUNSEL OF RECORD**
27
28

| | | |
|---|---|---|
| 1 | [ ] | by transmitting via facsimile on this date from fax number 415-391-6856 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete without error. The transmission report was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal. R.Ct 2003 (3). |
| 5 | [X] | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration. |
| 9 | [ ] | by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly. |
| 11 | [ ] | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| 13 | [ ] | by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. |
| 15 | [ ] | by transmitting via email to the parties at the email addresses listed below: |

**Attorneys for Defendant:  PENINSULA CORRIDOR JOINT POWERS BOARD erroneously sued as CALTRAIN; NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK")**
Michael C. Serverian, Esq.
RANKIN LANDSNESS LAHDE SERVERIAN & STOCK
96 No. Third Street, Suite 500
San Jose, CA 95112
Telephone:  408-293-0463
Facsimile:   408-293-9514

   I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on November 26, 2007, at San Francisco, California.

                                                                    _____
                                                                    Alma Calderon

PROOF OF SERVICE                                                                     - 2 -