STEVEN A. FABBRO, ESQ. (SBN 107973)
LAW OFFICES OF STEVEN A. FABBRO
101 Montgomery Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 391-6850
Facsimile: (415) 391-6856

Attorney for Plaintiffs:
GRACE DE LA CRUZ, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CIVIL DIVISION

| | |
|---|---|
| GRACE DE LA CRUZ, LITA A. MANUEL, ROLAND AVILA, EDWARDO AVILA, RODRIGO AVILA, EVELYN DAY, CORAZON DE GUZMAN SUMINTAC, LORETO DE GUZMAN, ANGELA JONES, <br><br>Plaintiffs, <br><br>vs. <br><br>NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), UNION PACIFIC RAILROAD, CALTRAIN, DOES 1-100, <br><br>Defendants. | Case No. CIV 456498 <br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Pursuant to the November 2, 2007 Notice of Continuance of Case Management Conference, the hearing date for the Case Management Conference in this matter was continued form November 14, 2007 to November 28, 2007, at 10:30 a.m. before the Honorable James Larson.

Stipulation and Order to Continue Case Management Conference Page 1

1  That Plaintiff's counsel Steven A. Fabbro intends to file a motion to withdraw as counsel
2  in this matter.

3  ACCORDINGLY, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES
4  THAT:

5  1. The new deadline for completion of the Case Management Conference be
6  continued out 90 days or to February 28, 2008, in order to give sufficient time for Plaintiffs to
7  obtain new counsel.

8  2. That the Discovery cut-off and Trial dates shall be determined at the next Case
9  Management Conference.

DATED: November 26, 2007        LAW OFFICES OF STEVEN A. FABBRO

                                BY: _____
                                    STEVEN A. FABBRO, ESQ.
                                    Attorneys for Plaintiffs

DATED: November 26, 2007        RANKIN, LANDSNESS, LAHDE,
                                SERVERIAN & STOCK

                                BY: _____
                                    MICHAEL C. SERVERIAN, ESQ.
                                    Attorneys for Defendants

**IT IS SO ORDERED**

Dated: _____

                                By: _____
                                    JUDGE JAMES LARSON

1  STEVEN A. FABBRO, ESQ. (SBN #107973)
   LAW OFFICES OF STEVEN A. FABBRO
2  101 Montgomery Street, 27th Floor
   San Francisco, CA 94104
3  Telephone:    (415) 391-6850
4  Facsimile:    (415) 391-6856

5  Attorney for Plaintiffs:
6  GRACE DE LA CRUZ, ET AL.

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10                                          )  Case No. C 07-00866- JL
                                            )
11  GRACE DE LA CRUZ, LITA A. MANUEL,       )
    ROLAND AVILA, EDWARDO AVILA,            )
12  RODRIGO AVILA, EVELYN DAY,              )
    CORAZON DE GUZMAN SUMINTAC,             )  CERTIFICATE OF SERVICE
13  LORETO DE GUZMAN, ANGELA JONES,         )
14                                          )
                    Plaintiffs,             )
15                                          )
                                            )
16       vs.                                )
                                            )
17  NATIONAL RAILROAD PASSENGER             )
    CORPORATION ("AMTRAK"), UNION           )
18  PACIFIC RAILRAOD, CALTRAIN, DOES 1-     )
    100,                                    )
19                                          )
                                            )
20                  Defendants.             )
                                            )
21  _____

22       I am a resident of the State of California, over the age of eighteen years, and not a party to

23  the within action. My business address is LAW OFFICES OF STEVEN A. FABBRO, 101

24  Montgomery Street, 27th Floor, San Francisco, California 94104. On November 26, 2007, I

25  served the following document(s) by the method indicated below:

26  **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

27
28
                                   PROOF OF SERVICE                              - 1 -

1  [ ]  by transmitting via facsimile on this date from fax number 415-391-6856 the document(s) listed
2       above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and
        was reported complete without error. The transmission report was properly issued by the
3       transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in
        writing. The transmitting fax machine complies with Cal. R.Ct 2003 (3).
4

5  [X]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid,
        in the United States mail at San Francisco, California addressed as set forth below. I am readily
6       familiar with the firm's practice of collection and processing of correspondence for mailing.
        Under that practice, it would be deposited with the U.S. Postal Service on that same day with
7       postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the
        party served, service is presumed invalid if the postal cancellation date or postage meter date is
8       more than one day after the date of deposit for mailing in this Declaration.

9
   [ ]  by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery
10      of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by
        the process server or delivery service will be filed shortly.
11

12 [ ]  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth
        below.

13
   [ ]  by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express
14      mail service for guaranteed delivery on the next business day following the date of consignment to
        the address(es) set forth below.
15

16 [ ]  by transmitting via email to the parties at the email addresses listed below:

**Attorneys for Defendant: PENINSULA**
17 **CORRIDOR JOINT POWERS BOARD**
   **erroneously sued as CALTRAIN;**
18 **NATIONAL RAILROAD PASSENGER**
   **CORPORATION ("AMTRAK")**
19 Michael C. Serverian, Esq.
   RANKIN LANDSNESS LAHDE
20 SERVERIAN & STOCK
21 96 No. Third Street, Suite 500
   San Jose, CA 95112
22 Telephone: 408-293-0463
   Facsimile: 408-293-9514
23

24
        I declare under penalty of perjury under the laws of the United States that the above is true
25 and correct. Executed on November 26, 2007, at San Francisco, California.

26                                              _____
27                                              Alma Calderon
28

PROOF OF SERVICE                                          - 2 -