1  STEVEN A. FABBRO, ESQ. (SBN #107973)
   LAW OFFICES OF STEVEN A. FABBRO
2  101 Montgomery Street, 27th Floor
   San Francisco, CA 94104
3  Telephone:    (415) 391-6850
   Facsimile:    (415) 391-6856
4

5  Attorney for Plaintiffs:
   GRACE DE LA CRUZ, ET AL.
6

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10                                  ) Case No. C 07-00866- JL
                                    )
11 GRACE DE LA CRUZ, LITA A. MANUEL, )
   ROLAND AVILA, EDWARDO AVILA,     )
12 RODRIGO AVILA, EVELYN DAY,       ) AMENDED
                                    ) CERTIFICATE OF SERVICE
13 CORAZON DE GUZMAN SUMINTAC,      )
   LORETO DE GUZMAN, ANGELA JONES,  )
14                                  )
                                    )
15              Plaintiffs,         )
                                    )
16      vs.                         )
                                    )
17 NATIONAL RAILROAD PASSENGER      )
   CORPORATION ("AMTRAK"), UNION    )
18 PACIFIC RAILRAOD, CALTRAIN, DOES 1- )
   100,                            )
19                                  )
                                    )
20              Defendants.         )
                                    )
21 _____)

22      I am a resident of the State of California, over the age of eighteen years, and not a party to

23 the within action. My business address is LAW OFFICES OF STEVEN A. FABBRO, 101

24 Montgomery Street, 27th Floor, San Francisco, California 94104. On November 26, 2007, I

25 served the following document(s) by the method indicated below:

26 **MOTION TO WITHDRAW AS COUNSEL OF RECORD;**
   **PROPOSED ORDER RE: MOTION TO WITHDRAW AS COUNSEL OF RECORD**

27

28



[ ]    by transmitting via facsimile on this date from fax number 415-391-6856 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete without error. The transmission report was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal. R.Ct 2003 (3).

[X]    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

[ ]    by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

[ ]    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]    by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

[ ]    by transmitting via email to the parties at the email addresses listed below:

**Attorneys for Defendant:  PENINSULA CORRIDOR JOINT POWERS BOARD erroneously sued as CALTRAIN; NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK")**
Michael C. Serverian, Esq.
RANKIN LANDSNESS LAHDE SERVERIAN & STOCK
96 No. Third Street, Suite 500
San Jose, CA 95112
Telephone:  408-293-0463
Facsimile:   408-293-9514

Grace De La Cruz,
15 Partridge Lane
Daly City, CA 94014

Lita Avila Manuel c/o Joey Manuel, Benjamin Manuel,
1929 Moraga Street
San Francisco, CA 94122

1

2  Roland Avila,
   1823 Talm Place
3  Talmday, Florida 32905

4  Edwin Avila
   4 Del Rosario Street
5  Laoag City, Philipines

6
   Rodrigo Avila
7  4 Del Rosario Street
   Laoag City, Phlipines
8

9  Evelyn Day
   2847 Encinal Avenue
10 Alameda, CA 94507

11 Corazon DeGuzman Sumintac
   2847 Encinal Avenue
12 Alameda, CA 94507

13
   Loreto Guzman
14 2847 Encinal Avenue
   Alameda, CA 94507
15

16 Angela Jones
   840 Capp Street #5
17 San Francisco, CA 94110.

18      I declare under penalty of perjury under the laws of the United States that the above is true
   and correct.  Executed on November 26, 2007, at San Francisco, California.
19

20

21                                          Alma Calderon

22

23

24

25

26

27

28