STEVEN A. FABBRO, ESQ. (SBN 107973)
LAW OFFICES OF STEVEN A. FABBRO
101 Montgomery Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 391-6850
Facsimile: (415) 391-6856

Attorney for Plaintiffs:
GRACE DE LA CRUZ, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO CIVIL DIVISION

| | |
|---|---|
| GRACE DE LA CRUZ, LITA A. MANUEL, ROLAND AVILA, EDWARDO AVILA, RODRIGO AVILA, EVELYN DAY, CORAZON DE GUZMAN SUMINTAC, LORETO DE GUZMAN, ANGELA JONES, <br><br>Plaintiffs, <br><br>vs. <br><br>NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), UNION PACIFIC RAILROAD, CALTRAIN, DOES 1 -100, <br><br>Defendants. | Case No. CIV 456498 <br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

Pursuant to the November 2, 2007 Notice of Continuance of Case Management Conference, the hearing date for the Case Management Conference in this matter was continued form November 14, 2007 to November 28, 2007, at 10:30 a.m. before the Honorable James Larson.

Stipulation and Order to Continue Case Management Conference    Page 1

1. That Plaintiff's counsel Steven A. Fabbro intends to file a motion to withdraw as counsel in this matter.

ACCORDINGLY, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:

1. The new deadline for completion of the Case Management Conference be continued out 90 days or to February 2̶8̶ 27, 2008, in order to give sufficient time for Plaintiffs to obtain new counsel.

2. That the Discovery cut-off and Trial dates shall be determined at the next Case Management Conference.

DATED: November 26, 2007    LAW OFFICES OF STEVEN A. FABBRO

BY: _____
STEVEN A. FABBRO, ESQ.
Attorneys for Plaintiffs

DATED: November 26, 2007    RANKIN, LANDSNESS, LAHDE, SERVERIAN & STOCK

BY: _____
MICHAEL C. SERVERIAN, ESQ.
Attorneys for Defendants

**IT IS SO ORDERED** that the CMC be continued to February 27, 2008 @ 10:30 a.m.

Dated: 11-27-0

By: _____
JUDGE JAMES LARSON

*IT IS SO ORDERED*
*Judge James Larson*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

1  STEVEN A. FABBRO, ESQ. (SBN #107973)
2  LAW OFFICES OF STEVEN A. FABBRO
   101 Montgomery Street, 27th Floor
3  San Francisco, CA 94104
   Telephone:    (415) 391-6850
4  Facsimile:    (415) 391-6856

5  Attorney for Plaintiffs:
6  GRACE DE LA CRUZ, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE DE LA CRUZ, LITA A. MANUEL, ROLAND AVILA, EDWARDO AVILA, RODRIGO AVILA, EVELYN DAY, CORAZON DE GUZMAN SUMINTAC, LORETO DE GUZMAN, ANGELA JONES, <br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), UNION PACIFIC RAILRAOD, CALTRAIN, DOES 1-100,<br><br>Defendants. | Case No. C 07-00866- JL<br><br>CERTIFICATE OF SERVICE |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is LAW OFFICES OF STEVEN A. FABBRO, 101 Montgomery Street, 27th Floor, San Francisco, California 94104. On November 26, 2007, I served the following document(s) by the method indicated below:

**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

1  [ ]  by transmitting via facsimile on this date from fax number 415-391-6856 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete without error. The transmission report was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal. R.Ct 2003 (3).

[X]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

[ ]  by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

[ ]  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]  by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

[ ]  by transmitting via email to the parties at the email addresses listed below:

**Attorneys for Defendant: PENINSULA CORRIDOR JOINT POWERS BOARD erroneously sued as CALTRAIN; NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK")**
Michael C. Serverian, Esq.
RANKIN LANDSNESS LAHDE
SERVERIAN & STOCK
96 No. Third Street, Suite 500
San Jose, CA 95112
Telephone: 408-293-0463
Facsimile: 408-293-9514

    I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on November 26, 2007, at San Francisco, California.

_____
Alma Calderon

PROOF OF SERVICE                                                                                                        - 2 -