STEVEN A. FABBRO, ESQ. (SBN 107973)
LAW OFFICES OF STEVEN A. FABBRO
101 Montgomery Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 391-6850
Facsimile: (415) 391-6856

Attorneys for Plaintiffs, GRACE DE LA CRUZ, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GRACE DE LA CRUZ, LITA A. MANUEL, ROLAND AVILA, EDWARDO AVILA, RODRIGO AVILA, EVELYN DAY, CORAZON DE GUZMAN SUMINTAC, LORETO DE GUZMAN, ANGELA JONES,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), UNION PACIFIC RAILROAD, CALTRAIN, DOES 1 -100,<br><br>Defendants. | Case No. C 07-00866- JL<br><br>**DECLARATION OF STEVEN A. FABBRO IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>**[IN CAMERA HEARING]**<br><br>Date:  February 27, 2008<br>Time:  10:30 a.m.<br>Dept.:  Courtroom F, 15th Fl.<br>         450 Golden Gate Ave.<br>         San Francisco, CA<br>Judge: Honorable James Larson |

I, STEVEN A. FABBRO, declare as follows:

I am an attorney at law duly licensed to practice law in the State of California and the United States District Court for the Northern District of California, and am counsel of record herein for Plaintiffs Grace De La Cruz, Lita A. Manuel, Roland Avila, Edwardo Avila, Rodrigo Avila, Evelyn Day, Corazon Guzman Sumintac, Loreto De Guzman, and Angela Jones.

On July 20, 2007 Mediation of this matter was conducted by Thomas Denver, Esq. at

Joint Case Management Statement

Mediation Masters in San Jose, California. The matter did not settle at the Mediation.

Following the Mediation, irreconcilable differences arose between the Plaintiffs as well as between Plaintiffs and me such that it has become ethically improper for me to continue representation of any or all of the Plaintiffs in this case. I have advised all of the Plaintiffs of the conflict and that I would request that the Court allow me to withdraw as counsel for Plaintiffs in this case. I advised Plaintiffs that I would not immediately file any Motion with the Court so as to allow them an opportunity to obtain the services of new counsel with my filing a formal Motion to Withdraw. I was never advised that any Plaintiff obtain new counsel, so I advised Plaintiffs that I was forced to file said Motion to Withdraw. I also so notified Defense counsel.

On November 26, 2007 I filed with the Court a formal Motion to Withdraw as Counsel of Record in this case and served a copy on all Plaintiffs. I advised the Court that I would address the basis for my Motion in camera if required to do so by the Court so as to prevent any undue prejudice to Plaintiffs' continued claims in this case. Plaintiffs have indicated a desire to continue with the lawsuit, and at least one group of Plaintiffs has now contacted another attorney to represent them. I have provided copies of the file to all Plaintiffs so that they can discuss the matter with new counsel. No attorney has actually advised me that they are actually going to represent any of the Plaintiffs, and no attorney has formally substituted in my place to represent any or all of the Plaintiffs in this matter.

I request that the Court hear the Motion to Withdraw at the time scheduled for the Case Management Conference on February 27, 2008, and allow me the opportunity to address the Motion to Withdraw in camera so that Plaintiffs' interests are not discussed in open Court before the Defendants in this case. There is a continuing conflict for me to represent all of the Plaintiffs in this matter such that ethically I should withdraw from representing any of the Plaintiffs.

I am familiar with the matters which are the subject of the subject Motion, and am

Joint Case Management Statement

1  competent and able to testify on the matters if called as a witness to do so.

2      I declare under penalty of perjury under the laws of the United States of America that the

3  foregoing is true and correct.

4  DATED: February 19, 2008

_____
STEVEN A. FABBRO, ESQ.

STEVEN A. FABBRO, ESQ. (SBN #107973)
LAW OFFICES OF STEVEN A. FABBRO
101 Montgomery Street, 27th Floor
San Francisco, CA 94104
Telephone:   (415) 391-6850
Facsimile:   (415) 391-6856

Attorney for Plaintiffs:
GRACE DE LA CRUZ, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE DE LA CRUZ, LITA A. MANUEL, ROLAND AVILA, EDWARDO AVILA, RODRIGO AVILA, EVELYN DAY, CORAZON DE GUZMAN SUMINTAC, LORETO DE GUZMAN, ANGELA JONES, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"), UNION PACIFIC RAILRAOD, CALTRAIN, DOES 1-100, <br><br> Defendants. | Case No. C 07-00866- JL <br><br><br> CERTIFICATE OF SERVICE |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is LAW OFFICES OF STEVEN A. FABBRO, 101 Montgomery Street, 27th Floor, San Francisco, California 94104. On February 20, 2008, I served the following document(s) by the method indicated below:

**DECLARATION OF STEVEN A. FABBRO IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**

1  [ ]  by transmitting via facsimile on this date from fax number 415-391-6856 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete without error. The transmission report was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal. R.Ct 2003 (3).

[X]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

[ ]  by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

[ ]  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]  by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

[ ]  by transmitting via email to the parties at the email addresses listed below:

**Attorneys for Defendant: PENINSULA CORRIDOR JOINT POWERS BOARD erroneously sued as CALTRAIN; NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK")**
Michael C. Serverian, Esq.
RANKIN LANDSNESS LAHDE
SERVERIAN & STOCK
96 No. Third Street, Suite 500
San Jose, CA 95112
Telephone: 408-293-0463
Facsimile: 408-293-9514

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on February 20, 2008, at San Francisco, California.

Alma Calderon

PROOF OF SERVICE                                                                                                       - 2 -