1   MICHAEL C. SERVERIAN (SBN 133203)
    **RANKIN, LANDSNESS, LAHDE,**
2     **SERVERIAN & STOCK**
    96 No. Third Street, Suite 500
3   San Jose, California  95112
    Telephone : (408) 293-0463
4   Facsimile : (408) 293-9514

5   Attorneys for Defendants
    PENINSULA CORRIDOR JOINT POWERS
6   BOARD ("CALTRAIN") and NATIONAL
    RAILROAD PASSENGER CORPORATION
7   ("AMTRAK")

8   STEVEN A. FABBRO, ESQ. (SBN 107973)
    LAW OFFICES OF STEVEN A. FABBRO
9   101 Montgomery Street, 27th Floor
    San Francisco, CA 94104
10  Telephone: (415) 391-6850
    Facsimile: (415) 391-6856
11
    Attorneys for Plaintiffs, GRACE DE LA CRUZ, et al.
12

13

14                      UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                       SAN FRANCISCO DIVISION

17
    GRACE DE LA CRUZ, LITA A.          )    Case No.  C 07 00866 JL
18  MANUEL, ROLAND AVILA,              )
    EDWARDO AVILA, RODRIGO             )    **JOINT CASE MANAGEMENT**
19  AVILA, EVELYN DAY, CORAZON         )    **CONFERENCE STATEMENT**
    DE GUZMAN SUMINTAC, LORETO         )
20  DE GUZMAN, ANGELA JONES,           )    **Date:    February 27, 2008**
                                       )    **Time:    10:30 a.m.**
21            Plaintiffs,              )    **Dept.:   Courtroom F, 15th Floor**
                                       )             **450 Golden Gate Avenue**
22  vs.                                )             **San Francisco, CA**
                                       )    **Judge**: **Honorable James Larson**
23  NATIONAL RAILROAD                  )
    PASSENGER CORPORATION              )
24  ("AMTRAK"), UNION PACIFIC          )
    RAILROAD, CALTRAIN, DOES 1-        )
25  100,                               )
                                       )
26            Defendants.             )
                                       )
27

28       The parties to the above-entitled action jointly submit this Case Management

1  Statement and Proposed Order and request the Court adapt it as its Case Management

2  Order.

**A.    DESCRIPTION OF CASE.**

      **1.    Statement of Facts.**

This is a wrongful death case brought by nine of decedent's siblings and step-siblings against defendants PENINSULA CORRIDOR JOINT POWERS BOARD ("JPB" or "Caltrain"), NATIONAL RAILROAD PASSENGER CORPORATION ("Amtrak") and Union Pacific Railroad.  The incident giving rise to this action occurred July 24, 2005, when the decedent, Jorge Guillermo Avila, was running alongside the railroad tracks and he was struck by a train that was slowing down to stop at the San Bruno Station in the City of San Bruno, California.  Defendant JPB owns and manages the Caltrain Commuter Rail between Gilroy and San Francisco and contracts with Amtrak to drive the trains and maintain the right-of-way.  Union Pacific no longer operates commuter trains or maintains responsibility for the right-of-way and has not since the very early 1990's.

Plaintiffs allege negligence and premises liability against defendants.

Plaintiff's complaint was originally filed in state court but removed to federal court by Amtrak.  Defendants JPB and Amtrak have answered plaintiff's complaint.

      **2.    Principal Factual Issues That Are In Dispute:**

See previous Joint Case Management Conference Statement.

      **3.    Principal Legal Issues That the Parties Dispute Are:**

See previous Joint Case Management Conference Statement.

      **4.    Other Factual Issues**.

See previous Joint Case Management Conference Statement.

      **5.    Service Of Parties.**

Defendants JPB and Amtrak have answered plaintiff's complaint.  Plaintiffs have agreed to dismiss Union Pacific without prejudice.

      **6.    Additional Parties To Be Joined.**

None.

**B.    ALTERNATIVE DISPUTE RESOLUTION.**

The parties had an unsuccessful ENE with Tom Denver on July 26, 2007.

**C.    CONSENT TO JURISDICTION BY MAGISTRATE JUDGE**

Not applicable.

**D.    DISCLOSURES**

See previous Joint Case Management Conference Statement.

**E.    EARLY FILINGS OF MOTIONS**

See previous Joint Case Management Conference Statement.

**F.    DISCOVERY**

Plaintiffs' counsel has filed a Motion to Withdraw as attorney of record for the

Plaintiffs and requested that the matter be heard in camera so as to avoid any prejudice to

Plaintiffs.  Plaintiffs' counsel has separately requested that the matter be heard on

February 27, 2008 and has advised Plaintiffs that the Court may hear the matter at the

time of the Case Management Conference on February 27, 2008 and it is anticipated that

they will be present in Court for that purpose.  The case is essentially in a holding pattern

until the Court rules on Plaintiffs' counsel's Motion to Withdraw.

**G.    TRIAL**

Not applicable until plaintiffs have new counsel.

**H.    SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

See previous Joint Case Management Conference Statement.

Dated: February 25, 2008                    RANKIN, LANDSNESS, LAHDE,
                                                             SERVERIAN & STOCK


                                                      By:    /s/ Michael C. Serverian
                                                             MICHAEL C. SERVERIAN
                                                             Attorneys for Defendants
                                                             PENINSULA CORRIDOR JOINT
                                                             POWERS BOARD (JPB) and NATIONAL
                                                             RAILROAD PASSENGER
                                                             CORPORATION ("AMTRAK")

1

Dated: February 25, 2008                          LAW OFFICES OF STEVEN A.
                                                  FABBRO
2

3

4                                                 By: /s/ Steven A. Fabbro
                                                      STEVEN A. FABBRO
5                                                     Attorney for Plaintiffs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Case Management Conference Statement