## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          **Debra Pas- Court Reporter**
Date: **February 27, 2008**                                    10:50-11:08 (18 mins)

Case No: **C07- 0866 JL**

Case Name: **Grace DeLaCruz, et al v. Nat'l RR Passenger Corp.**

Plaintiff Attorney(s): Steven Fabbro
Defendant Attorney(s): John Heaberlin

Deputy Clerk: **Wings Hom**

**PROCEEDINGS:**                                                **RULING:**
1. Pltf's mo to w/draw as counsel                              Submitted
2.
3.
4.
[ X] Fur Case Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:.**
**Order to be prepared by:** [ ] Plntf  [ ] Deft  [x]  Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
     [ ] Jury  [ ]  Court

Notes:


cc: Venice, Kathleen,