1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10
11   Grace De La Cruz,                      No. C 07-0866    JL
12              Plaintiff,                  **ORDER DENYING WITHOUT**
                                            **PREJUDICE PLAINTIFFS'**
                                            **ATTORNEY'S**
13        v.                                **MOTION TO WITHDRAW**
14   National Railroad Passenger, et al.,   **(Docket # 34)**
15              Defendants.
     _____/
16
17        The case management conference and motion by Plaintiff's attorney to withdraw as

18   counsel came on for hearing. Steven Fabbro appeared for Plaintiffs. John Haeberlin

     appeared for Defendant. The Court heard testimony in camera from Plaintiffs' counsel and
19
     from three plaintiffs. The Court is concerned that due to the nature and complexity of the
20
     case Plaintiffs will be severely prejudiced if they proceed without counsel. At the same time,
21
     counsel presented compelling evidence of the potential for ethical issues due to a possible
22
     conflict of interest should he continue in the case. After weighing the alternatives, the Court
23
     concludes that the best interim solution is to deny the motion without prejudice to its
24
     renewal after decision on a dispositive motion, which Defendant intends to file.
25
          Accordingly, the motion is denied without prejudice.
26
          IT IS SO ORDERED.
27
28

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1    DATED: February 27,  2008

2

3                                                          _____
                                                           James Larson
4                                                          Chief Magistrate Judge

5    G:\JLALL\CHAMBERS\CASES\CIVIL\07-0866\DWOP-34.wpd

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C-07-0866 ORDER DENYING WITHOUT PREJUDICE MOTION TO WITHDRAW                Page 2 of  2