UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRACE DE LA CRUZ

    Plaintiff(s),                      No. 07-0866 JL

  v.                                  NOTICE AND ORDER
                                      SETTING HEARING

NATIONAL RAILROAD PASSENGER

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The above entitled case has been set for further case management on November 12 ,2008 at 109:30 a.m., in Courtroom F, 15th Floor, before Chief Magistrate Judge James Larson. Counsel shall submit an updated case management statement one week prior.

Dated: August 29, 2008

                                                        */s/ Wings Hom*
                                        _____
                                        Wings Hom, Courtroom Deputy to Chief
                                        Magistrate Judge James Larson