United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Grace DeLaCruz, et al.,

        Plaintiffs,

   v.

National Railroad Passenger Corporation,

        Defendants.

_____/

No. C 07-0866   JL

CASE MANAGEMENT AND
PRETRIAL ORDER

     Pursuant to Fed. R. Civ. P. 16 and Civ. L.R. 16-10(b), the following case management and pretrial order is entered:

     1.     TRIAL DATE

          a.     Jury trial will begin on Monday, July 6, 2009 at  9:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

          b.     The length of the trial will be not more than 5 days.

     2.     DISCOVERY

         All discovery shall be completed by February 28, 2009;

         Parties shall disclose experts by February 28, 2009;

         Rebuttal of expert disclosure by March 28, 2009;

         All expert witness discovery shall be completed by April 16, 2009.

1    In the event of a discovery dispute the parties shall use the following

2  procedure:

3    Parties shall meet and confer in person, or, if counsel are located outside the Bay

4  Area, by telephone, to attempt to resolve their dispute informally. A mere exchange of

5  letters, telephone calls, or facsimile transmissions does not satisfy the requirement to meet

6  and confer.

7    If, after a good faith effort, the parties have not resolved their dispute, they shall

8  prepare a concise joint statement, of five pages or less, stating the nature and status of

9  their dispute. The parties shall not file affidavits or exhibits. If a joint statement is not

10  possible, each side may submit a two-page individual statement. The Court will advise the

11  parties regarding the need, if any, for formal briefing or a hearing.

12    3.    MOTIONS

13    All dispositive motions shall be served and filed not less than **thirty-five (35)** days

14  prior to the scheduled hearing date which shall be on or before April 19, 2009.  Any

15  opposition shall be served and filed no later than **twenty-one (21)** days prior to the hearing

16  date.  Any reply to the opposition shall be served and filed no later than **fourteen (14)** days

17  prior to the hearing. Prior to a dispositive motion, the parties shall meet and confer and, at

18  the time the motion is filed, submit a joint statement of undisputed facts.

19    4.    ALTERNATIVE DISPUTE RESOLUTION (ADR)

20    The Court hereby refers this case for **one** of the following:

21        a.    A settlement conference to be scheduled before another Magistrate

22            Judge of this court within 90 days of the case management

23            conference.  Counsel will be contacted by that judge's chambers with a

24            date and time for the conference as soon as is convenient to the

25            judge's calendar.

26        b.    Referral to ADR for purpose of scheduling  ENE.

27

28

United States District Court
For the Northern District of California

United States District Court

For the Northern District of California

1    5.    A further Case Management Conference will be held within 30 days of

2    unsuccessful settlement conference or ADR proceedings.  Parties shall jointly propose a

3    date on a Wednesday at 10:30 a.m.

4    6.    PRETRIAL CONFERENCE

5    a.    A final pretrial conference shall be held on June 3, 2009,  at 11:00

6    a.m., in Courtroom F, 15th Floor.  Each party shall attend personally or by counsel who will

7    try the case.

8    b.    **Not less than thirty (30) days** prior to the date of the pretrial

9    conference, all counsel or parties shall meet and fulfill the requirements of Civil Local Rule

10    16-10(b).

11    c.    **Not less than twenty (20) days** prior to the pretrial conference,

12    counsel or parties shall

13    (I)    serve and file a joint pretrial statement pursuant to Local Rule 16-10

14    (b);

15    The pretrial statement shall include the disclosures required by Fed. R. Civ. P.

16    26(a)(3) as well as the following:

17    THE ACTION

18    Substance of the Action

19    Relief Prayed

20    FACTUAL BASIS FOR THE ACTION

21    Undisputed Facts

22    Disputed Factual Issues

23    Agreed Statement

24    Stipulations

25    DISPUTED LEGAL ISSUES

26    (List)

27    TRIAL PREPARATION

28    Witnesses to be Called

**United States District Court**
For the Northern District of California

1       Exhibits, Schedules and Summaries;

2       Trial

3       Estimate of Trial Time

4       Use of Discovery Responses at Trial

5       Further Discovery or Motions

6    TRIAL ALTERNATIVES AND OPTIONS

7       Settlement Discussions

8       Amendments - Dismissals

9       Bifurcation, Separate Trial of Issues

10    MISCELLANEOUS

11       Any other concerns of the parties

12       d.       At the same time that the parties file their joint pretrial statement they

13    shall also:

14              (ii)      Serve and file trial briefs, which shall specify each cause of

15              action and defense remaining to be tried along with a statement of the

16              applicable legal standard (no opposition shall be filed);

17              (iii)      Serve and file motions *in limine*, which shall be contained in

18              one document. Motions in limine will be decided at the Pretrial

19              Conference.

20       e.       Serve and file a list of excerpts from discovery that will be offered at

21    trial, specifying the witness, page and line references and whether the excerpt is to be

22    offered in lieu of testimony or as impeachment;

23       f.       Serve and file a list of witnesses likely to be called at trial, in person or

24    by deposition, other than solely for impeachment or rebuttal, with a brief statement

25    describing the substance of the testimony to be given;

26       g.       Serve and file a numerical list of exhibits (including demonstrative

27    exhibits that may be admitted into evidence but not those that are purely illustrative), with a

28

brief statement describing the substance and purpose of each exhibit and the name of the sponsoring witness;

        h.      Exchange exhibits which shall be <u>premarked</u>, <u>tabbed</u> and <u>in binders</u> (plaintiff shall use numbers and defendant shall use letters); and deliver the original and **two** duplicate sets of all premarked exhibits to chambers (exhibits are not to be filed) at least one week before trial.

      (See Label)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. _____

Exhibit No. _____

Date entered: _____

RICHARD W. WIEKING, Clerk

By:     _____

Deputy Clerk

        j.      Serve and file proposed joint voir dire questions and joint jury instructions for cases to be tried by jury (further instructions regarding jury instructions below);

        k.      Serve and file proposed findings of fact and conclusions of law for cases to be tried by the Court.

        l.      Serve and file a proposed verdict form which contains no reference to submitting party.

**United States District Court**
For the Northern District of California

1    m.    **Two courtesy copies** of trial briefs and motions in limine shall be

2    provided.

3    n.    No party shall be permitted to call any witness or offer any exhibit in its

4    case in chief that is not disclosed in these pretrial filings without leave of court and for good

5    cause.

6    7.    **Not less than nine calendar days** prior to the pretrial conference, counsel or

7    parties shall serve and file any opposition or objection to those items required by section 3

8    (e), (f), (i),(j), (k) and (l) of this order.  Additionally, counsel or parties shall file any

9    objections to the qualifications of expert witnesses contained in the opposing party's

10   witness list.  Objections not filed as required will be deemed waived.  No replies shall be

11   filed.  All motions and objections shall be heard at the pretrial conference unless otherwise

12   ordered.

13   8.    JURY TRIAL

14   a.    Counsel shall submit an **agreed upon set** of additional voir dire

15   questions to be posed by the Court.  Any voir dire questions on which counsel cannot

16   agree may be submitted separately.  Counsel will be allowed brief follow-up voir dire after

17   the Court's questioning.

18   b.    The following jury instructions from the Manual of Model Civil Jury

19   Instructions for the Ninth Circuit (April 2007) will be given absent objection: 1.1B, 1.1C, 1.3,

20   1.6 - 1.14, 1.18, 1.19, 2.1 - 2.4, 2.11,  3.1 - 3.4..  The Ninth Circuit Manual of Model Civil

21   Jury Instructions is available on the web site for the U.S. District Court for the Northern

22   District of California at www.cand.uscourts.gov.  Click on the 9th Circuit home page button

23   at the lower left of the first screen and then choose the Manual of Model Civil Jury

24   Instructions from the list on the right hand side of the next screen.  Counsel shall also

25   submit an agreed upon set of case-specific instructions, using the Ninth Circuit Manual of

26   Model Civil Jury Instructions where appropriate.  Do not submit duplicates of those listed

27   above.  Any instructions to which counsel cannot agree may be submitted separately.

28

1  Each requested instruction shall be typed in full on a separate page with citations to the

2  authority upon which it is based <u>and</u> a reference to the party submitting it.  A **second blind**

3  **copy** of each instruction and verdict form shall also be submitted omitting the citation to

4  authority and the reference to the submitting party.

5          9.      All documents filed with the Clerk of the Court shall list the civil case number

6  followed by the initials "**JL.**"  One copy shall be clearly marked as a <u>**chambers**</u> copy.

7          Plaintiff shall re-file the second amended complaint.

8          The parties shall appear for a further case management conference on April 26 at

9  10:30 a.m. Counsel shall provide the court with an updated case management conference

10  statement a few days prior to the conference.

11          IT IS SO ORDERED.

12  DATED: November 19, 2008

13

14  _____
              James Larson
15           Chief Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California