**United States District Court**
For the Northern District of California

1
2
3
4
5
6      UNITED STATES DISTRICT COURT
7      NORTHERN DISTRICT OF CALIFORNIA
8

9  GRACE DE LA CRUZ, et al.,

10            Plaintiffs,                    No. C-07-00866 JL (EDL)

11       v.                                  NOTICE CHANGING TIME
                                             OF SETTLEMENT CONFERENCE
12  NATIONAL RAILROAD PASSENGER
    CORPORATION, et al.,
13
              Defendants.
14  _____/

15       TO ALL PARTIES AND COUNSEL OF RECORD:

16       You are hereby notified that the conference scheduled for 9:30 a.m. on February 12, 2009 in

17  Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California has been **reset to 1:45**

18  **p.m**. before Judge Laporte.

19       All other provisions of the Court's prior Notice of Settlement Conference and Settlement

20  Conference Order remain in effect.

21       The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles

22  prior to the date set for settlement conference.

23  Dated: January 28, 2009

24                                           _____
                                             ELIZABETH D. LAPORTE
25                                           United States Magistrate Judge

26
27
28